IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| **WACOH COMPANY,** | § | |
| | § | |
| **Plaintiff,** | § | **Civil Action No. 08-CV-691** |
| | § | |
| **v.** | § | |
| | § | |
| **CHRYSLER LLC; FORD MOTOR** | § | **JURY TRIAL DEMANDED** |
| **COMPANY; AMERICAN HONDA** | § | |
| **MOTOR CO., INC.; MAZDA MOTOR** | § | |
| **OF AMERICA, INC.; GENERAL** | § | |
| **MOTORS CORPORATION;** | § | |
| **VOLKSWAGEN GROUP OF AMERICA,** | § | |
| **INC.; BMW OF NORTH AMERICA,** | § | |
| **LLC.; MERCEDES-BENZ USA, LLC;** | § | |
| **AMERICAN SUZUKI MOTOR** | § | |
| **CORPORATION; ANALOG DEVICES,** | § | |
| **INC.** | § | |
| | § | |
| **Defendants.** | § | |

## COMPLAINT

Plaintiff, Wacoh Company ("Wacoh") files this Complaint against Defendants, Chrysler LLC ("Chrysler"), Ford Motor Company ("Ford"), American Honda Motor Co., Inc. ("Honda"), Mazda Motor of America, Inc. ("Mazda"), General Motors Corporation ("GM"), Volkswagen Group of America, Inc.("Volkswagen"), BMW of North America, L.L.C. ("BMW"), Mercedes-Benz USA, LLC ("Mercedes"), American Suzuki Motor Corporation ("Suzuki") and Analog Devices, Inc. ("ADI") (collectively "Defendants") and alleges as follows:

### THE PARTIES

1.     Wacoh Company is a corporation organized and existing under the laws of Japan, with its principal place of business at Saitama, Japan.

2.     Chrysler, on information and belief, is a limited liability company organized and existing under the laws of the State of Delaware.  Chrysler is doing business in Wisconsin, and, on information and belief, has a principal place of business at 1000 Chrysler Dr., Auburn Hills, MI 48326-2766.  Chrysler may be served with process by serving its Wisconsin registered agent, the CT Corporation System, 8025 Excelsior Dr., Suite 200, Madison, WI 53717-2902.

3.     Ford, on information and belief, is a corporation organized and existing under the laws of the State of Delaware.  Ford is doing business in Wisconsin, and, on information and belief, has a principal place of business at 1 American Road, Dearborn, Michigan 48126-2768.  Ford may be served with process by serving its Wisconsin registered agent, the CT Corporation System, 8025 Excelsior Dr., Suite 200, Madison, WI 53717-2902.

4.     Honda, on information and belief, is a corporation organized and existing under the laws of the State of California.  Honda is doing business in Wisconsin, and, on information and belief, has a principal place of business at 1919 Torrance Blvd., Torrance, CA 90501-2746.  Honda may be served with process by serving its Wisconsin registered agent, the CT Corporation System, 8025 Excelsior Dr., Suite 200, Madison, WI 53717-29.

5.     Mazda, on information and belief, is a corporation organized and existing under the laws of the State of California.  Mazda is doing business in Wisconsin, and, on information and belief, has a principal place of business at 7755 Irvine Center Dr., Irvine, CA 92623.  Mazda may be served with process by serving its Wisconsin registered agent, the CT Corporation System, 8025 Excelsior Dr Ste 200, 8025 Excelsior Dr., Suite 200, Madison, WI 53717-2902.

6.     GM, on information and belief, is a corporation organized and existing under the laws of the State of Delaware.  GM is doing business in Wisconsin, and, on information and belief, has a

principal place of business at 300 Renaissance Center, Detroit, MI 48265-3000.  GM may be served with process by serving its Wisconsin registered agent, the CT Corporation System, 8025 Excelsior Dr., Suite 200, Madison, WI 53717-2902.

7.   Volkswagen, on information and belief, is a corporation organized and existing under the laws of the State of New Jersey.  Volkswagen is doing business in Wisconsin, and on information and belief, has a principal place of business at 600 Sylvan Ave., Englewood, NJ 04631.  Volkswagen may be served with process by serving its New Jersey registered agent The Corporation Trust Company, 802 Bear Tavern Road, West Trenton, NJ 04631.

8.   BMW, on information and belief, is a corporation organized and existing under the laws of the State of Delaware.  BMW is doing business in Wisconsin, and on information and belief, has a principal place of business at 300 Chestnut Ridge Road, Woodcliff Lake, New Jersey 07767.  BMW may be served with process by serving its Wisconsin registered agent, the CT Corporation System, 8025 Excelsior Dr., Suite 200, Madison, WI 53717-2902.

9.   Mercedes, on information and belief, is a corporation organized and existing under the laws of the State of Delaware.  Mercedes is doing business in Wisconsin, and on information and belief, has a principal place of business at One Mercedes Drive, Montvale, New Jersey, 07645.  Mercedes may be served with process by serving its Wisconsin registered agent, the CT Corporation System, 8025 Excelsior Dr., Suite 200, Madison, WI 53717-2902.

10.   Suzuki, on information and belief, is a corporation organized and existing under the laws of the State of California.  Suzuki is doing business in Wisconsin, and on information and belief, has a principal place of business at 325 E. Imperial Hwy., Brea, CA, 92821-6722.  Suzuki may be served with process by serving its California registered agent, Cathi Black, 3251 E. Imperial Hwy., Brea, CA, 92821-6722.

11.    ADI, on information and belief, is a corporation organized and existing under the laws of the Commonwealth of Massachusetts, having its principal place of business at One Technology Way, Norwood, Massachusetts 02062.  ADI has moved to be joined to this case and may be served with process by serving its Massachusetts registered agent, CT Corporation System, 155 Federal Street, Suite 700, Boston, MA 02110.

## JURISDICTION & VENUE

12.    This is an action for infringement of a United States patent.  Accordingly, this action arises under the patent laws of the United States of America, 35 U.S.C. § 1 et. seq. and jurisdiction is properly based on Title 35 United States Code, particularly § 271, and title 28 United States Code, particularly § 1338(a).

13.    Venue is proper in this court under Title 28 United States Code § 1391(b) and 1400(b).

## PATENT INFRINGEMENT COUNT

14.    On January 28, 2003, United States Patent No. 6,512,364 ("the '364 patent") entitled "Testing Sensor" was duly and legally issued.  A true and correct copy of the '364 patent is attached as Exhibit A.  The '364 patent is directed to a method for testing a sensor with a particular testing feature.

15.    Pursuant to 35 U.S.C. § 282, the above-listed United States Patent is presumed valid.

16.    Kazuhiro Okada is the inventor of the '364 patent.

17.    On July 16, 2008, Kazuhiro Okada assigned his entire interest in the '364 patent to Wacoh, which is now the sole owner of the '364 patent.

18.    On October 17, 2008, Kazuhiro Okada executed a *nunc pro tunc* assignment explicitly assigning the rights to sue for past infringement of the '364 patent to Wacoh.

4

19.   Chrysler infringes one or more of claims 1-6 of the '364 patent directly, contributorily, and/or through inducement by providing a vehicle with an air bag restraint system, anti-lock braking system, and/or electronic stability control system that performs the claimed method.   In particular, the '364 patent is infringed by Chrysler each time an infringing Chrysler vehicle is started, whereby the method for testing a sensor as described and claimed in the '364 patent is performed.   Infringing Chrysler vehicles include the 2005 Chrysler Pacifica, the 2005 Chrysler Town and Country, the 2005 Dodge Durango, the 2005 300 LX, the 300 C SRT8, the 2005 Caravan, the 2005 Crossfire, the 2005 Crossfire SRT6, the 2005 Dakota,  the 2005 Grand Cherokee, the 2005 Jeep, the 2005 Liberty, the 2005 Magnum LX, the 2005 Neon, the 2005 Neon SRT4, the 2005 PT Cruiser Convertible, the 2005 Ram Truck, the 2005 Ram Truck Power Wagon, the 2005 Ram Truck SRT10, the 2005 Sebring Convertible, the 2005 Sebring Coupe, the 2005 Sebring Sedan, the 2005 Stratus Coupe, the 2005 Sprinter, the 2005 Stratus Sedan, the 2005 Viper, the 2005 Viper SRT10, the 2005 Wrangler, the 2003 Jeep Liberty vehicles, the 2003   300, the 2003 Caravan, the 2003 Dakota, the 2003 Dodge Sprinter, the 2003 Durango, the 2003 Grand Cherokee, the 2003 Intrepid, the 2003 Liberty, the 2003 Neon, the 2003 Neon SRT4, the 2003 PT Crusier, the 2003 Ram Truck, the 2003, Ram Van/Wagon, the 2003 Sebring Convertible, the 2003 Sebring Coupe, the 2003 Sebring Sedan, the  2003 Stratus Coupe, the 2003 Stratus Sedan, the 2003 Town and Country, the 2003 Viper, the 2003 Voyager, the 2003 Wrangler, the 2004 300, the 2004 Caravan, the 2004 Concorde, the 2004 Crossfire, the 2004 Dakota, the 2004 Durango, the 2004 Grand Cherokee, the 2004 Intrepid, the 2004 Liberty, the 2004 Neon, the 2004 neon SRT4, the 2004 Pacifica, the 2004 PT Cruiser, the 2004 Ram Truck, the 2004 Sebring Convertible, the 2004 Sebring Coupe, the 2004 Sebring Sedan, the 2004 Sprinter, the 2004 Stratus Coupe, the 2004

Stratus Sedan, the 2004 Town and country, the 2004 Viper, the 2004 Voyager, the 2004 Wrangler, The 2006 300, the 2006 300 C SRT8, the 2006 Caravan, the 2006 Charger LX, the 2006 Charger SRT8, the 2006 Commander, the 2006 Dakota, the 2006 Durango, the 2006 Grand Cherokee, the 2006 Grand Cherokee SRT8, the 2006 Liberty, the 2006 Magnum LX, the 2006 Magnum SRT8, the 2006 Cruiser, the 2006 Ram Truck, the 2006 Ram Truck Power Wagon, the 2006 Ram Truck SRT10, the 2006 Sebring Convertible, the 2006 Sebring Sedan, the 2006 Sprinter, The 2006 Stratus, the 2006 Town and Country, the 2006 Viper SRT10, the 2006 Wrangler, the 2007 300, the 2007 SRT8, the 2007 Aspen, the 2007 Caliber, the 2007 Caravan, the 2007 Charger LX, the 2007 Charger SRT8, the 2007 Commander, the 2007 Compass, the 2007 Crossfire, the 2007 Dakota, the 2007 Durango,  the 2007 Grand Cherokee, the 2007 Grand Cherokee SRT8, the 2007 Liberty, the 2007 Magnum, the 2007 Magnum SRT8, the 2007 Nitro, the 2007 Pacifica, the 2007 Patriot, the 2007 PT Cruiser, the 2007 Ram Truck, the 2007 Ram Truck Power Wagon, the 2007 Sebring, the 2007 Sprinter, the 2007 Town and Country, the 2007 Wrangler, the 2008 300, the 2008 300 SRT8, the 2008 Aspen, the 2008 Avenger, the 2008 Caliber, the 2008 Caravan, the Challenger, the 2008 Charger/Magnum LX, the 2008 Commander, the 2008 Compass, the 2008 Dakota, the 2008 Durango, the 2008 Grand Cherokee, the 2008 Grand Cherokee SRT8, the 2008 Liberty, the 2008 Magnum LX, the 2008 Nitro, the 2008 Pacifica, the 2008 Patriot, the 2008 PT Cruiser, the 2008 Ram Truck, the 2008 Ram Truck Power Wagon, the 2008 Sebring, the 2008 Sprinter, the 2008 Town and Country, the 2008 Viper SRT10, the 2008 Wrangler, and the 2009 300, the 2009 300 SRT8, the 2009 Aspen, the 2009 Avenger, the 2009 Caliber, the 2009 Caliber SRT4, the 2009 Caravan, the 2009 Challenger, the 2009 Challenger SRT8, the Charger LX, the 2009 Charger SRT8, the 2009 Commander, the 2009 Compass, the 2009

Dakota, the 2009 Durango, the 2009 Grand Cherokee, the 2009 Grand Cherokee SRT8, the 2009 Journey, the 2009 Liberty, the 2009 Nitro, the 2009 Patriot, the 2009 PT Cruiser, the 2009 Ram Chassis/Cab, the 2009 Ram Truck, the 2009 Sebring, the 2009 Sebring Convertible, the 2009 Town and Country, the 2009 Viper Coupe/Convertible, and the 2009 Wrangler as well as any other Chrysler vehicle that performs the method for testing a sensor that is the same as or equivalent to the method used in these exemplary vehicles, excluding any vehicles that exclusively use chips provided by Denso or Freescale Semiconductor, Inc. ("Freescale").  Damages are not sought in this suit for infringement that has occurred after July 16, 2008.

20.     Ford infringes one or more of claims 1-6 of the '364 patent directly, contributorily, and/or through inducement by providing a vehicle with an air bag restraint system, anti-lock braking system, and/or electronic stability control system that performs the claimed method.  In particular, the '364 patent is infringed by Ford each time an infringing Ford vehicle is started, whereby the method for testing a sensor as described and claimed in the '364 patent is performed.  Infringing Ford vehicles include the 2003 Ford Excursion, the 2005 Ford Mustang, the 2006 Ford Mustang, the 2003 Ford Escape, the 2004 Ford Expedition, the 2003 Ford Crown Victoria vehicles, the 2003 Ford Econoline Cargo Van, the 2003 Ford Econoline Wagon, the 2003 Ford Escape, the 2003 Ford Excursion, the 2003 Ford Expedition, the 2003 Ford Explorer, the 2003 Ford Explorer Sport, the 2003 Ford Explorer Sport Trac, the 2003 Ford F-150, the 2003 Ford Focus, the 2003 Ford Mustang, the 2003 Ford Ranger, the 2003 Ford Super Duty F-250, the 2003 Ford Super Duty F-350 DRW, the 2003 Ford Super Duty F-350 SRW, the 2003 Ford Taurus, the 2003 Ford Thunderbird, the 2003 Ford Windstar Cargo Van, the 2003 Windstar Wagon, the 2003 Ford ZX2, the 2004 Ford Crown Victoria,

the 2004 Ford Econoline Cargo Van, the 2004 Econoline Wagon, the 2004 Ford Escape, the 2004 Ford Excursion, the 2004 Ford Expedition, the 2004 Ford Explorer, the 2004 Ford Explorer Sport Trac, the 2004 Ford F-150, the 2004 Ford F-150 Heritage, the 2004 Ford Focus, the 2004 Ford Freestar Cargo Van, the 2004 Freestar Wagon, the 2004 Ford Mustang, the 2004 Ford Ranger, the 2004 Ford Super Duty F-250, the 2004 Ford Super Duty F-350 DRW, the Ford Super Duty F-350 SRW, the 2004 Ford Taurus, the 2004 Ford Thunderbird, the 2005 Ford Crown Victoria, the 2005 Ford Econoline Cargo Van, the 2005 Econoline Wagon, the 2005 Ford Escape, the 2005 Ford Excursion, the 2005 Ford Expedition, the 2005 Ford Explorer, the 2005 Ford Explorer Trac, the 2005 Ford  F-150, the 2005 Ford F-350, the 2005 Ford Five Hundred, the 2005 Ford Focus, the 2005 Ford Freestar Cargo Van, the 2005 Ford Freestar Wagon, the 2005 Ford Freestyle, the 2005 Ford Fusion, the 2005 Ford GT, the 2005 Ford Mustang, the 2005 Ford Ranger, the 2005 Super Duty, the 2005 Ford Super Duty F-250, The 2005 Ford Super Duty F-350 DRW, the 2005 Ford Super Duty F-350 SRW, the 2005 Ford Taurus, the 2005 Ford thunderbird, the 2006 Ford Crown Victoria, the 2006 Ford Econoline Cargo Van, the 2006 Ford Escape, the 2006 Ford Expedition, the 2006 Ford Explorer, the 2006 Ford F-150, the 2006 Ford Five Hundred, the 2006 Ford Focus, the Ford Freestar Cargo Van, the 2006 Ford Freestar Wagon, the 2006 Ford Freestyle, the 2006 Ford Fusion, the 2006 Ford GT, the 2006 Ford Mustang, the 2006 Ford Ranger, the 2006 Ford Super Duty F-250, the 2006 Ford Super Duty F-350 DRW, the 2006 Ford Super Duty F-350 SRW, the 2006 Ford Taurus, the 2007 Ford Crown Victoria, the 2007 Ford Econoline Cargo Van, the 2007 Ford Econoline Wagon, the 2007 Ford Edge, the 2007 Ford Escape, the 2007 Ford Expedition, the 2007 Ford Expedition EL, the 2007 Ford Explorer, the 2007 Ford Explorer Sport Trac, the 2007 Ford F-150, the 2007 Ford Five Hundred, the 2007 Ford

Focus, the 2007 Ford Freestar Cargo Van, the 2007 Ford Freestar Wagon, the 2007 Ford Freestyle, the 2007 Ford Fusion, the 2007 Ford GT, the 2007 Ford Mustang, the 2007 Ford Ranger, the 2007 Ford Super Duty F-250, the 2007 Ford Super Duty F-350 DRW, and the 2007 Ford Super Duty F-350 SRW, the 2008 Ford Econoline Cargo Van, the 2008 Ford Econoline Wagon, the 2008 Ford Edge, the 2008 Ford Escape, the 2008 Ford Expedition, the 2008 Ford Expedition EL, the 2008 Ford Explorer, the 2008 Ford Explorer Sport Trac, the 2008 Ford F-150, the 2008 Ford Focus, the 2008 Ford Fusion, the 2008 Ford Mustang, the 2008 Ford Ranger, the 2008 Ford Super Duty F-250, the 2008 Ford Super Duty F-350 DRW, the 2008 Ford Super Duty F-350 SRW, the 2008 Ford Super Duty F-450, the 2008 Ford Taurus, the 2008 Ford Taurus X, the 2009 Ford Econoline Cargo Van, the 2009 Ford Econoline Wagon, the 2009 Ford Edge, the 2009 Ford Escape, the 2009 Ford Expedition, the 2009 Ford Expedition EL, the 2009 Ford Explorer, the 2009 Ford Explorer Sport Trac, the 2009 Ford F-150, the 2009 Ford Flex, the 2009 Ford Focus, the 2009 Ford Fusion, the 2009 Ford Mustang, the 2009 Ford Ranger, the 2009 Ford Super Duty F-250, the 2009 Ford Super Duty F-350 DRW, the 2009 Ford Super Duty F-350 SRW, the 2009 Ford Super Duty F-450, the 2009 Ford Taurus, the 2009 Ford Taurus X, the 2003 Lincoln Aviator, the 2003 Lincoln Blackwood, the 2003 Lincoln LS, the 2003 Lincoln Navigator, the 2003 Lincoln Town Car, the 2004 Lincoln Aviator, the 2004 Lincoln LS, the 2004 Lincoln Mark LT, the 2004 Lincoln Navigator, the 2004 Lincoln Town Car, the 2005 Lincoln Aviator, the 2005 Lincoln LS, the 2005 Lincoln Mark LT, the 2005 Lincoln Navigator, the 2005 Lincoln Town Car, the 2006 Lincoln Aviator, the 2006 Lincoln LS, the 2006 Lincoln Mark LT, the 2006 Lincoln Navigator, the 2006 Lincoln Town Car, the 2006 Lincoln Zephyr, the 2007 Lincoln Mark LT, the 2007 Lincoln MKX, the 2007 Lincoln MKZ, the 2007 Lincoln Navigator, the 2007

Lincoln Navigator L, the 2007 Lincoln Town Car, the 2008 Lincoln Mark LT, the 2008 Lincoln MKZ, the 2008 Lincoln Navigator, the 2008 Lincoln Navigator L, the 2008 Lincoln Town Car, the 2009 Lincoln MKS, the 2009 Lincoln MKT, the 2009 Lincoln MKX, the 2009 Lincoln MKZ, the 2009 Lincoln Navigator, the 2009 Lincoln Navigator L, the 2009 Lincoln Town Car, the 2003 Mercury Grand marquis, the 2003 Mercury Marauder, the 2003 Mercury Mountaineer, the 2003 Mercury Sable, the 2004 Mercury Grand Marquis, the 2004 Mercury Marauder, the 2004 Mercury Monterey, the 2004 Mercury Mountaineer, the 2004 Mercury Sable, the 2005 Mercury Grand Marquis, the 2005 Mercury Mariner, the 2005 Mercury Montego, the 2005 Mercury Monterey, the 2005 Mercury Mountaineer, the 2005 Mercury Sable, the 2006 Mercury Grand Marquis, the 2006 Mercury Mariner, the 2006 Mercury Milan, the 2006 Mercury Monego, the 2006 Mercury Monterey, the 2006 Mercury Mountaineer, the 2007 Mercury Grand Marquis, the 2007 Mercury Mariner, the 2007 Mercury Milan, the 2007 Mercury Montego, the 2007 Mercury Monterey, the 2007 Mercury Mountaineer, the 2008 Mercury Grand Marquis, the 2008 Mercury Mariner, the 2008 Mercury Milan, the 2008 Mercury Mountaineer, the 2008 Mercury Sable, the 2009 Mercury Grand Marquis, the 2009 Mercury Mariner, the 2009 Mercury Milan, the 2009 Mercury Mountaineer, the 2009 Mercury Sable, the 2003 Volvo C70, the 2003 Volvo S40, the 2003 Volvo S60, the 2003 Volvo S80, the 2003 Volvo V40, the 2003 Volvo V70, the 2003 Volvo XC90, the 2004 Volvo C70, the 2004 Volvo S40, the 2004 Volvo S60, the 2004 Volvo S80, the 2004 Volvo V40, the 2004 Volvo V70, the 2004 Volvo XC90, the 2005 Volvo C70, the 2005 Volvo S40, the 2005 Volvo S60, the 2005 Volvo S80, the 2005 Volvo V50, the 2005 Volvo V70, the 2005 Volvo SC70, the 2005 Volvo SC90, the 2006 Volvo C70, the 2006 Volvo S40, the 2006 Volvo S60, the 2006 Volvo S80, the 2006 Volvo V50, the 2006 Volvo

V70, the 2006 Volvo XC70, the 2006 Volvo SC90, the 2007 Volvo C70, the 2007 Volvo

S40, the 2007 Volvo S60, the 2007 Volvo S80, the 2007 Volvo V50, the 2007 Volvo V70,

the 2007 Volvo XC70, the 2007 Volvo XC90, the 2008 Volvo C30, the 2008 Volvo C70, the

2008 Volvo S40, the 2008 Volvo S60, the 2008 Volvo S80, the 2008 Volvo V50, the  2008

Volvo V70, the 2008 Volvo XC70, the 2008 Volvo XC90, the 2009 Volvo C30, the 2009

Volvo C70, the 2009 Volvo S40, the 2009 Volvo S60, the 2009 Volvo S80, the 2009 Volvo

V50, the 2009 Volvo V70, the 2009 Volvo XC60, the 2009 Volvo XC70, and the 2009

Volvo XC90, as well as any other Ford vehicle that performs the method for testing a sensor

that is the same as or equivalent to the method used in these exemplary vehicles, excluding

any vehicles that exclusively use chips provided by Denso or Freescale.  Damages are not

sought in this suit for infringement that has occurred after July 16, 2008.

21.     Honda infringes one or more of claims 1-6 of the '364 patent directly, contributorily, and/or

through inducement by providing a vehicle with an air bag restraint system, anti-lock braking

system, and/or electronic stability control system that performs the claimed method.  In

particular, the '364 patent is infringed by Honda each time an infringing Honda vehicle is

started, whereby the method for testing a sensor as described and claimed in the '364 patent

is performed.  Infringing Honda vehicles include the 2003 Honda Accord, the 2003 Accord

Coupe, the 2003 Accord Sedan, the 2003 Civic Coupe, the 2003 Civic Hybrid, the 2003

Civic Sedan, the 2003 Civic Si coupe, the 2003 CR-V, the 2003 Element, the 2003 Insight,

the 2003 Odyssey, the 2003 Pilot, and the 2003 S2000, the 2004 Accord Coupe, the 2004

Accord Sedan, the 2004 Civic Coupe, the 2004 Civic Hybrid, the 2004 Civic Sedan, the 2004

Civic Si Coupe, the 2004 CR-V, the 2004 Element, the 2004 Insight, the 2004 Odyssey, the

2004 Pilot, and the 2004 S200, the 2005 Accord Coupe, the 2005 Accord Hybrid, the 2005

Accord Sedan, the 2005 Civic Coupe, the 2005 Civic GX, the 2005 Civic Hybrid, the 2005

Civic Sedan, the 2005 Civic Si Coupe, the 2005 CR-V, the 2005 Element, the 2005 Insight,

the 2005 Odyssey, the 2005 Pilot, the 2005 S2000, the 2006 Accord Coupe, the 2006 Accord

Hybrid, the 2006 Accord Sedan, the 2006 Civic Coupe, the 2006 Civic GX, the 2006 Civic

Hybrid, the 2006 Civic Sedan, the 2006 Civic Si Coupe, the 2006 CR-V, the 2006 Element,

the 2006 Insight, the 2006 Odyssey, the 2006 Pilot, the 2006 Ridgeline, and the 2006 S2000,

the 2007 Accord Coupe, the 2007 Accord Hybrid, the 2007 Accord Sedan, the 2007 Civic

Coupe, the 2007 Civic GX, the 2007 Civic Hybrid, the 2007 Civic Sedan, the 2007 Civic SI

Coupe, the 2007 Civic Si Sedan, the 2007 CR-V, the 2007 Element, the 2007 Element SC,

the 2007 Fit, the 2007 Odyssey, the 2007 Pilot, the 2007 Ridgeline, and the 2007 S2000, the

2008 Accord Coupe, the 2008 Accord Sedan, the 2008 Civic Coupe, the 2008 Civic GX, the

2008 Civic Hybrid, the 2008 Civic Sedan, the 2008 Civic Si Coupe, the 2008 Civic Si Sedan,

the 2008 CR-V, the 2008 Element, the 2008 Element SC, the 2008 Fit, the 2008 Odyssey, the

2008 Pilot, the 2008 Ridgeline, and the 2008 S2000., the 2009 Accord Coupe, the 2009

Accord Sedan, the 2009 Civic Coupe, the 2009 Civic GX, the 2009 Civic Hybrid, the 2009

Civic Sedan, the 2009 Civic Si Coupe, the 2009 Civic Si Sedan, the 2009 CR-V, the 2009

Element, the 2009 Element SC, the 2009 Fit, the 2009 Odyssey, the 2009 Pilot, the 2009

Ridgeline, the 2009 S2000, the 2003 Acura CL, the 2003 Acura MDX, the 2003 Acura NSX,

the 2003 Acura RL, the 2003 Acura RSX , the 2003 Acura TL, the 2004 Acura MDX, the

2004 Acura NSX, the 2004 Acura RL, the 2004 Acura RSX, the 2004 Acura TL, the 2004

Acura TSX, the 2005 Acura MDX, the 2005 Acura NSX, the 2005 Acura RL, the 2005

Acura RSX, the 2005 Acura TL, the 2005 Acura TSX, the 2006 Acura MDX, the 2006 Acura

RL, the 2006 Acura RSX, the 2006 Acura TL, the 2006 Acura TSX, the 2007 Acura MDX,

the 2007 Acura RDX, the 2007 Acura RL, the  2007 Acura TL, and the 2007 Acura TSX, the

2008 Acura MDX, the 2008 Acura RDX, the 2008 Acura RL, the 2008 Acura TL, and the

2008 Acura TSX.  The 2009 Acura MDX, the 2009 Acura RDX, the 2009 Acura RL, the

2009 Acura TL, and the 2009 Acura TSX, as well as any other Honda vehicle that performs

the method for testing a sensor that is the same as or equivalent to the method used in these

exemplary vehicles, excluding those Honda vehicles that use systems licensed to perform the

method, excluding any vehicles that exclusively use chips provided by Denso or Freescale.

Damages are not sought in this suit for infringement that has occurred after July 16, 2008.

22.    Mazda infringes one or more of claims 1-6 of the '364 patent directly, contributorily, and/or

through inducement by providing a vehicle with an air bag restraint system, anti-lock braking

system, and/or electronic stability control system that performs the claimed method.  In

particular, the '364 patent is infringed by Mazda each time an infringing Mazda vehicle is

started, whereby the method for testing a sensor as described and claimed in the '364 patent

is performed.  Infringing Mazda vehicles include the 2003 Mazda MPV Van vehicle, the

2003 Mazda 3, the 2003 Mazda Speed Protege, the 2003 Protege5, the 2003 Mazda 6, the

2003 MX-5 Miata, the 2003 RX-8, the 2003 Mazda Tribute, the 2003 B-Series Truck, the

2004 Mazda 3, the 2004 Mazda 6, the 2004 Mazda MPV, the 2004 MX-5 Miata, the 2004

RX-8, the 2004 Tribute, the 2004 B-Series Truck, the 2005 Mazda 3, the 2005 Mazda 6, the

2005 Mazda MPV, the 2005 MX-5 Miata, the 2005 RX-8, the 2005 Tribute, and the 2005 B-

Series Truck, the 2006 Mazda 3, the 2006 Mazda 5, the 2006 Mazda 6, the 2006 Mazda

MPV, the 2006 MX-5 Miata, the 2006 RX-8, the 2006 Tribute, the 2006 B-Series Truck, the

2007 CX-7, the 2007 CX-9, the 2007 Mazda 3, the 2007 Mazda 5, the 2007 Mazda 6, the

2007 MX-5 Miata, the 2007 RX-8, the 2007 B-Series Truck, the 2008 CX-7, the 2008 CX-9,

the 2008 Mazda 3, the 2008 Mazda 5, the 2008 Mazda 6, the 2008 MX-5 Miata, the 2008 RX-8, the 2008 Tribute, the 2008 B-Series Truck, the 2009 CX-7, the 2009 CX-9, the 2009 Mazda 3, the 2009 Mazda 5, the 2009 Mazda 6, the 2009 MX-5 Miata, the 2009 RX-8, the 2009 Tribute, and the 2009 B-Series Truck, as well as any other Mazda vehicle that performs the method for testing a sensor that is the same as or equivalent to the method used in these exemplary vehicles, excluding any vehicles that exclusively use chips provided by Denso or Freescale. Damages are not sought in this suit for infringement that has occurred after July 16, 2008.

23.   GM infringes one or more of claims 1-6 of the '364 patent directly, contributorily, and/or through inducement by providing a vehicle with an air bag restraint system, anti-lock braking system, and/or electronic stability control system that performs the claimed method. In particular, the '364 patent is infringed by GM each time an infringing GM vehicle is started, whereby the method for testing a sensor as described and claimed in the '364 patent is performed. Infringing GM vehicles include the 2003 Buick Century, the 2003 Buick Le Sabre, the 2003 Buick Park Avenue, the 2003 Buick Regal, the 2003 Buick Rendezvous, the 2004 Buick Century, the 2004 Buck LeSabre, the 2004 Buick Park Avenue, the 2004 Buick Rainier, the 2004 Buick Regal, the 2004 Buick Rendezvous, the 2005 Buick Century the 2005 Buick LaCrosse, the 2005 Buick LaSabre, the 2005 Buick Park Avenue, the 2005 Buick Rainier, the 2005 Buick Rendezvous, the 2005 Buick Terraza, the 2006 Buick LaCrosse, the 2006 Buick Lucerne, the 2006 Buick Rainier, the 2006 Buick Rendezvous, the 2006 Buick Terraza, the 2007 Buick LaCrosse, the 2007 Buick Lucerne, the 2007 Buick Rendezvous, the 2007 Buick Terraza, the 2008 Buick Enclave, the 2008 Buick LaCrosse, the 2008 Buick Lucerne, the 2009 Buick Enclave, the 2009 Buick LaCrosse, the 2009 Buick

Lucerne, the 2003 Cadillac CTS, the 2003 Cadillac DeVille, the 2003 Escalade, the 2003

Escalade ESV, the 2003 Escalade EXT, the 2003 Cadillac Seville, the 2004 Cadillac CTS,

the 2004 Cadillac CTS-V, the 2004 Cadillac DeVille, the 2004 Cadillac Escalade, the 2004

Cadillac Escalade ESV, the 2004 Cadillac Seville, the 2004 Cadillac SRX, the 2004 Cadillac

XLR, the 2005 Cadillac CTS, the 2005 Cadillac CTS-V, the 2005 Cadillac DeVille, the 2005

Cadillac Escalade, the 2005 Cadillac Escalade ESV, the 2005 Cadillac Escalade EXT, the

2005 Cadillac SRX, the 2005 Cadillac STS, the 2005 Cadillac XLR, the 2006 Cadillac CTS,

the 2006 Cadillac CTS-V, the 2006 Cadillac DTS, the 2006 Cadillac Escalade, the 2006

Cadillac Escalade ESV, the 2006 Cadillac Escalade EXT, the 2006 Cadillac SRX, the 2006

Cadillac STS, the 2006 Cadillac STS-V, the 2006 Cadillac XLR, the 2006 Cadillac XLR-V,

the 2007 Cadillac CTS, the 2007 Cadillac CTS-V, the 2007 Cadillac DTS, the 2007 Cadillac

Escalade, the 2007 Cadillac Escalade ESV, the 2007 Cadillac Escalade EXT, the 2007

Cadillac SRX, the 2007 Cadillac STS, the 2007 Cadillac STS-V, the 2007 Cadillac XLR, the

2007 Cadillac XLR-V, the 2008 Cadillac CTS, the 2008 Cadillac DTS, the 2008 Cadillac

Escalade, the 2008 Cadillac Escalade ESV, the 2008 Cadillac Escalade EXT, the 2008

Cadillac SRX, the 2008 Cadillac STS, the 2008 Cadillac STS-V, the 2008 Cadillac XLR, the

2008 XLR-V, the 2009 Cadillac CTS, the 2009 Cadillac CTS-V, the 2009 Cadillac DTS, the

2009 Cadillac Escalade, the 2009 Cadillac Escalade ESV, the 2009 Cadillac Escalade EXT,

the 2009 Cadillac Escalade Hybrid, the 2009 Cadillac SRX, the 2009 Cadillac STS, the 2009

Cadillac STS-V, the 2009 Cadillac XLR, the 2009 Cadillac XLR-V, the 2003 Chevrolet

Astro (all grades), the 2003 Chevrolet Avalanche, the 2003 Chevrolet Blazer, the 2003

Chevrolet Camaro, the 2003 Chevrolet Cavalier, the 2003 Chevrolet Corvette, the 2003

Chevrolet Express (all grades), the 2003 Chevrolet Impala, the 2003 Chevrolet Malibu, the

15

2003 Chevrolet Monte Carlo, the 2003 Chevrolet S-10, the 2003 Chevrolet Silverado (all grades), the 2003 Chevrolet SSR, the 2003 Chevrolet Suburban, the 2003 Chevrolet Tahoe, the 2003 Chevrolet Tracker, the 2003 Chevrolet TrailBlazer, the 2003 Chevrolet Venture (all grades), the 2004 Chevrolet Astro (all grades), the 2004 Chevrolet Avalanche, the 2004 Chevrolet Aveo, the 2004 Chevrolet Blazer, the 2004 Chevrolet Corvette, the 2004 Chevrolet Cavalier, the 2004 Chevrolet Colorado, the 2004 Chevrolet Express (all grades), the 2004 Chevrolet Impala, the 2004 Chevrolet Malibu, the 2004 Malibu Maxx, the 2004 Chevrolet Monte Carlo, the 2004 Chevrolet S-10, the 2004 Chevrolet Silverado (all grades), the 2004 Chevrolet SSR, the 2004 Chevrolet Suburban, the 2004 Chevrolet Tahoe, the 2004 Chevrolet Tracker, the 200 Chevrolet TrailBlazer, the 2004 Chevrolet Venture (all grades), the 2005 Chevrolet Astro (all grades), the 2005 Chevrolet Avalanche, the 2005 Chevrolet Aveo, the 2005 Chevrolet Blazer, the 2005 Chevrolet Cavalier, the 2005 Chevrolet Cobalt, the 2005 Chevrolet Colorado, the 2005 Chevrolet Corvette, the 2005 Chevrolet Equinox, the 2005 Chevrolet Express (all grades), the 2005 Chevrolet Impala, the 2005 Chevrolet Malibu, the 2005 Chevrolet Malibu Maxx, the 2005 Chevrolet Monte Carlo, the 2005 Chevrolet Silverado (all grades), the 2005 Chevrolet SSR, the 2005 Chevrolet Suburban, the 2005 Chevrolet Tahoe, the 2005 Chevrolet TrailBlazer, the 2005 Chevrolet Uplander (all grades), the 2005 Chevrolet Venture (all grades), the 2006 Chevrolet Avalanche, the 2006 Chevrolet Aveo, the 2006 Chevrolet Cobalt, the 2006 Chevrolet Colorado, the 2006 Chevrolet Corvette, the 2006 Chevrolet Equinox, the 2006 Chevrolet Express (all grades), the 2006 Chevrolet HHR, the 2006 Chevrolet Impala, the 2006 Chevrolet Malibu, the 2006 Chevrolet Malibu Maxx, the 2006 Chevrolet Monte Carlo, the 2006 Chevrolet Silverado (all grades), the 2006 Chevrolet SSR, the 2006 Chevrolet Suburban, the 2006 Chevrolet Tahoe, the 2006

16

Chevrolet TrailBlazer, the 2006 Chevrolet Uplander (all grades), the 2007 Chevrolet Avalanche, the 2007 Chevrolet Aveo, the 2007 Chevrolet Cobalt, the 2007 Chevrolet Colorado, the 2007 Chevrolet Corvette, the 2007 Chevrolet Equinox, the 2007 Chevrolet Express (all grades), the 2007 Chevrolet HHR, the 2007 Chevrolet Impala, the 2007 Chevrolet Malibu, the 2007 Chevrolet Malibu Maxx, the 2007 Chevrolet Monte Carlo, the 2007 Chevrolet Silverado (all grades), the 2007 Chevrolet Suburban, the 2007 Chevrolet Tahoe, the 2007 Chevrolet TrailBlazer, the 2007 Chevrolet Uplander (all grades), the 2008 Chevrolet Avalanche, the 2008 Chevrolet Aveo, the 2008 Chevrolet Cobalt, the 2008 Chevrolet Colorado, the 2008 Chevrolet Corvette, the 2008 Chevrolet Equinox, the 2008 Chevrolet Express (all grades), the 2008 Chevrolet HHR, the 2008 Chevrolet Impala, the 2008 Chevrolet Malibu, the 2008 Chevrolet Silverado (all grades), the 2008 Chevrolet Suburban, the 2008 Chevrolet Tahoe, the 2008 Chevrolet Tahoe Hybrid, the 2008 Chevrolet TrailBlazer, the 2008 Chevrolet Uplander (all grades), the 2009 Chevrolet Avalance, the 2009 Chevrolet Aveo, the 2009 Chevrolet Cobalt, the 2009 Chevrolet Colorado, the 2009 Chevrolet Corvette, the 2009 Chevrolet Equinox, the 2009 Chevrolet Express (all grades), the 2009 Chevrolet HHR, the 2009 Chevrolet Impala, the 2009 Chevrolet Malibu, the 2009 Chevrolet Silverado (all grades), the 2009 Chevrolet Suburban, the 2009 Chevrolet Tahoe, the 2009 Chevrolet TrailBlazer, the 2009 Chevrolet Traverse, the 2003 GMC Envoy (all grades), the 2003 GMC Safari (all grades), the 2003 GMC Savana (all grades), the GMC Sierra (all grades), the GMC Sonoma, the GMC Yukon (all grades), the 2004 GMC Canyon, the 2004 GMC Envoy (all grades), the 2004 GMC Safari (all grades), the 2004 GMC Savana (all grades), the 200 GMC Sierra (all grades), the 2004 GMC Sonoma, the 2004 GMC Yukon (all grades), the 2005 GMC Canyon, the 2005 GMC Envoy (all grades), the 2005 GMC

Safari (all grades), the 2005 GMC Savana (all grades), the 2005 GMC Sierra (all grades), the

2005 GMC Yukon (all grades), the 2006 GMC Canyon, the 2006 GMC Envoy (all grades),

the 2006 GMC Savana (all grades), the 2006 GMC Sierra (all grades), the 2006 GMC Yukon

(all grades), the 2007 GMC Acadia, the 2007 GMC Canyon, the 2007 GMC Envoy, the 2007

GMC Savana (all grades), the 2007 GMC Sierra (all grades), the 2007 GMC Yukon (all

grades), the 2008 GMC Acadia, the 2008 GMC Canyon, the 2008 GMC Envoy, the 2008

GMC Savana (all grades), the 2008 GMC Sierra (all grades), the 2008 GMC Yukon (all

grades), the 2009 GMC Acadia, the 2009 GMC Canyon, the 2009 GMC Envoy, the 2009

GMC Savana (all grades), the 2009 GMC Sierra (all grades), the 2009 GMC Yukon (all

grades), the 2003 HUMMER H1, the 2003 HUMMER H2, the 2004 HUMMER H1, the

2004 HUMMER H2, the 2005 HUMMER H1, the 2005 HUMMER H2, the 2005 HUMMER

H3, the 2006 HUMMER H1, the 2006 HUMMER H2, the 2006 HUMMER H3, the 2007

HUMMER H2, the 2007 HUMMER H3, the 2008 HUMMER H2, the 2008 HUMMER H3,

the 2009 HUMMER H2, the 2009 HUMMER H3, the 2003 Pontiac Aztek, the 2003 Pontiac

Bonneville, the 2003 Pontiac Grand Am, the 2003 Pontiac Grand Prix, the 2003 Pontiac

Montana, the 2003 Pontiac Sunfire, and the 2003 Pontiac Vibe, the 2004 Pontiac Aztek, the

2004 Pontiac Bonneville, the 2004 Pontiac G6, the 2004 Pontiac Grand Am, the 2004

Pontiac Grand Prix, the 2004 Pontiac GTO, the 2004 Pontiac Montana, the 2004 Pontiac

Sunfire, and the 2004 Pontiac Vibe, the 2005 Pontiac Aztek, the 2005 Pontiac Bonneville,

the 2005 Pontiac G6, the 2005 Pontiac Grand Am, the 2005 Pontiac Grand Prix, the 2005

Pontiac GTO, the 2005 Pontiac Montana, the 2005 Pontiac Montana SV6, the 2005 Pontiac

Sunfire, and the 2005 Pontiac Vibe, the 2006 Pontiac G6, the 2006 Pontiac Grand Prix, the

2006 Pontiac GTO, the 2006 Pontiac Montana SV6, the 2006 Pontiac Solstice, the 2006

Pontiac Torrent, and the 2006 Pontiac Vibe, the 2007 Pontiac G5, the 2007 Pontiac G6, the

2007 Pontiac Grand Prix, the 2007 Pontiac Solstice, the 2007 Pontiac Torrent, and the 2007

Pontiac Vibe, the 2008 Pontiac G5, the 2008 Pontiac G6, the 2008 Pontiac G8, the 2008

Pontiac Grand Prix, the 2008 Pontiac Solstice, the 2008 Pontiac Torrent, and the 2008

Pontiac Vibe, the 2009 Pontiac G3, the 2009 Pontiac G5, the 2009 Pontiac G6, the 2009

Pontiac G8, the 2009 Pontiac Solstice, the 2009 Pontiac Torrent, and the 2009 Pontiac Vibe,

the 2003 Saab 9-3 (all grades) and  the 2003 Saab 9-5 (all grades), the 2004 Saab 9-3 (all

grades) and the 2004 Saab 9-5 (all grades), the 2005 Saab 9-2 (all grades), the 2005 Saab 9-3

(all grades), the 2005 Saab 9-5 (all grades), and the 2005 Saab 9-7 (all grades), the 2006 Saab

9-2 (all grades), the 2006 Saab 9-3 (all grades), the 2006 Saab 9-5 (all grades), the 2006 Saab

9-7 (all grades), the 2007 Saab 9-3 (all grades), the 2007 Saab 9-5 (all grades), and the 2007

Saab 9-7 (all grades), the 2008 Saab 9-3 (all grades), the 2008 Saab 9-5 (all grades), the 2008

Saab 9-7, the 2008 Turbo X Sport Sedan, and the 2008 Turbo X SportCombi, the 2009 Saab

9-3 (all grades), the 2009 Saab 9-5 (all grades), and the 2009 Saab 9-7 (all grades), the 2003

Saturn Ion, the 2003 Saturn LS, the 2003 Saturn LW, and the 2003 Saturn VUE, the 2004

Saturn Ion, the 2004 Saturn L-Series, and the 2004 Saturn VUE, the 2005 Saturn Ion, the

2005 Saturn L-Series, the 2005 Saturn Relay, and the 2005 Saturn VUE, the 2006 Saturn

Aura, the 2006 Saturn Ion, the 2006 Saturn Relay, the 2006 Saturn Sky, and the 2006 Saturn

VUE.  The 2007 Saturn Aura, the 2007 Saturn Ion, the 2007 Saturn Outlook, the 2007 Saturn

Relay, the 2007 Saturn Sky, and the 2007 Saturn VUE, the 2008 Saturn Astra, the 2008

Saturn Aura, the 2008 Saturn Outlook, the 2008 Saturn Sky, and the 2008 Saturn VUE, the

2009 Saturn Astra, the 2009 Saturn Aura, the 2009 Saturn Aura Hybrid Sedan, the 2009

Saturn Outlook, the 2009 Saturn Sky, the 2009 Saturn VUE, and the 2009 Saturn VUE Green

Line, as well as any other GM vehicle that performs the method for testing a sensor that is the same as or equivalent to the method used in these exemplary vehicles, excluding any vehicles that exclusively use chips provided by Denso or Freescale. Damages are not sought in this suit for infringement that has occurred after July 16, 2008.

24. Volkswagen infringes one or more of claims 1-6 of the '364 patent directly, contributorily, and/or through inducement by providing a vehicle with an air bag restraint system, anti-lock braking system, and/or electronic stability control system that performs the claimed method. In particular, the '364 patent is infringed by Volkswagen each time an infringing Volkswagen vehicle is started, whereby the method for testing a sensor as described and claimed in the '364 patent is performed. Infringing Volkswagen vehicles include the 2003 Audi A6 and the 2004 Volkswagen Golf vehicles, the 2003 Euro Van, the 2003 Golf, the 2003 GTI, the 2003 Jetta Sedan, the 2003 Jetta Wagon, the 2003 New Beetle Convertible, the 2003 New Beetle Coupe, the 2003 Passat, and the 2003 Passat Wagon. The 2004 Golf, the 2004 GTI, the 2004 Jetta Sedan, the 2004 Jetta Wagon, the 2004 New Beetle Convertible, the 2004 New Beetle Coupe, the 2004 Passat, the 2004 Passat Wagon, the 2004 Phaeton, the 2004 R32,  the 2004 Toureg, the 2005 Golf, the 2005 GTI, the 2005 Jetta, the 2005 Jetta A5, the 2005 Jetta Wagon, the 2005 New Beetle Coupe, the 2005 New Beetle Convertible, the 2005 Passat, the 2005 Phaeton, the 2005 Touareg, the 2006 Golf, the 2006 GTI, the 2006 Jetta, the 2006 New Beetle Coupe, the 2006 New Beetle Convertible, the 2006 Passat, the 2006 Passat Wagon, the 2006 Phaeton, the 2006 Rabbit, the 2006 Touareg, the 2007 Eos, the 2007 GTI, the 2007 Jetta, the 2007 New Beetle Coupe, the 2007 New Beetle Convertible, the 2007 Passat, the 2007 Passat Wagon, the 2007 Rabbit, the 2007 Touareg, the 2008 CC, the 2008 Eos, the 2008 GLI, the 2008 GTI, the 2008 Jetta, the 2008 Jetta Wagon, the 2008 New Beetle Coupe,

the 2008 New Beetle Convertible, the 2008 Passat, the 2008 Passat Wagon, the 2008 R32, the 2008 Rabbit, the 2008 Routan, the 2008 Tiguan, the 2008 Touareg, the 2009 CC, the 2009 Eos, the 2009 GLI, the 2009 GTI, the 2009 Jetta, the 2009 Jetta Sportswagen, the 2009 New Beetle Convertible, the 2009 New Beetle Coupe, the 2009 Passat, the 2009 Passat Wagon, the 2009 Rabbit, the 2009 Routan, the 2009 Tiguan, the 2009 Touareg 2, the 2003 Audi A4, the 2003 Audi A6, the 2003 Audi A8, the 2003 Audi Allroad, the 2003 Audi RS6, the 2003 Audi S6, the 2003 Audi S8, the 2003 Audi TT, the 2004 Audi A4, the 2004 Audi A6, the 2004 Audi A8, the 2004 Audi A8 L, the 2004 Audi Allroad, the 2004 Audi S4,  the 2004 Audi TT, the 2005 Audi A4, the 2005 Audi A6, the 2005 Audi A8, the 2005 Audi A8 L, the 2005 Audi Allroad, the 2005 Audi RS 4, the 2005 Audi S4, the 2005 Audi TT, the 2006 Audi A3, the 2006 Audi A4, the 2006 Audi A6, the 2006 Audi A8, the 2006 Audi A8 L, the 2006 Audi Allroad, the 2006 Audi RS 4, the 2006 Audi S4, the 2006 Audi TT, the 2007 Audi A3, the 2007 Audi A4, the 2007 Audi A6, the 2007 Audi A8, the 2007 Audi A8 L, the 2007 Audi Q7, the 2007 Audi RS 4, the 2007 Audi S4, the 2007 Audi S6, the 2007 Audi S8, the 2007 Audi TT, the 2008 Audi A3, the 2008 Audi A4, the 2008 Audi A5, the 2008 Audi A6, the 2008 Audi A8 L, the 2008 Audi Q7, the 2008 Audi RS 4, the 2008 Audi S4, the 2008 Audi S5, the 2008 Audi S6, the 2008 Audi S8,  the 2008 Audi TT, the 2009 Audi A5, the 2009 Audi A6, the 2009 Audi A8 L, the 2009 Audi Q7, the 2009 Audi R8, the 2009 Audi S4, the 2009 Audi S6, the 2009 Audi S8, the 2009 Audi TT, and the 2009 Audi TTS as well as any other Volkswagen vehicle that performs the method for testing  a sensor that is the same as or equivalent to the method used in these exemplary vehicles, excluding any vehicles that exclusively use chips provided by Denso or Freescale.  Damages are not sought in this suit for infringement that has occurred after July 16, 2008.

25.     BMW infringes one or more of claims 1-6 of the '364 patent directly, contributorily, and/or through inducement by providing a vehicle with an air bag restraint system, anti-lock braking system, and/or electronic stability control system that performs the claimed method.   In particular, the '364 patent is infringed by BMW each time an infringing BMW vehicle is started, whereby the method for testing a sensor as described and claimed in the '364 patent is performed.   Infringing BMW vehicles include the 2003 325Ci Coupe, the 2003 330Ci Coupe, the 2003 M3 Coupe, the 2003 325Ci Convertible, the 2003 330Ci Convertible, the 2003 M3 Convertible, the 2003 425i Sedan RWD, the 2003 325xi Sedan AWD, the 2003 330i Sedan RWD, the 2003 330xi Sedan AWD, the 2003 325i Sport Wagon RWD, the 2003 325i Sport Wagon AWD, the 2003 325xi Sport Wagon RWD SULEV, the 2003 325i Sedan RWD SULEV, the 2003 325i Sedan RWD South Africa, the 2003 325Ci Coupe SULEV, the 2003 525i Sedan Manual, the 2003 525i Sedan Auto, the 2003 530i Sedan Manual, the 2003 530iA Sedan Auto, the 2003 540i Sedan Manual, the 2003 M5 Sedan Manual, the 2003 525iT Sport Wagon Manual, the 2003 525iT Sport Wagon Auto, the 2003 540iTA Sport Wagon Auto, the 2003 745i Sedan, the 2003 745Li Sedan, the 2003 760Li Sedan, the 2003 X5 3.0i, the 2003 X5 4.4i, the 2003 X5 4.6is, the 2003 Z4 Roadster 2.5i, the 2003 Z4 Roadster 3.0i, the 2003 Z8 Roadster, and the 2003 Z8 Alpina Roadster, the 2004 325Ci Coupe, the 2004 325Ci Coupe SULEV, the 2004 330Ci Coupe, the 2004 325Ci Convertible, the 2004 330Ci Convertible, the 2004 330i Sedan, the 2004 325xi Sedan, the 2004 325i Sedan, the 2004 330xi Sedan, the 2004 325iT Sports Wagon, the 2004 325xi Sports Wagon, the 2004 325xi Sedan, the 2004 325i Sports Wagon, the 2004 525i Sedan, the 2004 530i Sedan, the 2004 545i Sedan, the 2004 545iA Sedan, the 2004 645Ci Coupe, the 2004 645Ci Convertible, the 2004 745i Sedan, the 2004 745Li Sedan, the 2004 760L Sedan, the 2004

760i Sedan, the 2004 760i Sedan, the 2004 X3 3.0i SAV, the 2004 X3 2.5i SAV, the 2004 X5 4.4i SAV, the 2004 X5 2.8is SAV, the 2004 X5 3.0i SAV, the 2004 X5 4.4i, the 2004 X5 4.8is, the 2004 Z4 2.5i Roadster, the 2004 Z4 Roadster 3.0i, the 2004 M3 Coupe, and the 2004 M3 Convertible, the 2005 325Ci Coupe, the 2005 325Ci Coupe SULEV, the 2005 330Ci Coupe, the 2005 M3 Coupe, the 2005 325Ci Convertible, the 2005 330Ci Convertible, the 2005 M3 Convertible, the 2005 325i Sedan, the 2005 325i Sedan SULEV, the 2005 325xi Sedan, the 2005 330i Sedan, the 2005 330xi Sedan, the 2005 325i Sport Wagon, the 2005 325i Sport Wagon RWD SULEV, the 2005 325xi Sport Wagon AWD, the 2005 525i Sedan, the 2005 530i Sedan, the 2005 545i Sedan, the 2005 645Ci Coupe, the 2005 645Ci Convertible, the 2005 745i Sedan, the 2005 745Li Sedan, the 2005 760i Sedan, the 2005 760Li Sedan, the 2005 M3, the 2005 X3 2.5i, the 2005 X3 3.0i, the 2005 X5 3.0i, the 2005 X5 4.4i, the 2005 X5 4.8is, the 2005 Z4 Roadster 2.5i, and the 2005 Z4 Roadster 3.0i, the 2006 325i Sedan, the 2006 330i Sedan, the 2006 325Ci Coupe, the 2006 325Ci Coupe SULEV, the 2006 330Ci Coupe, the 2006 M3 coupe, the 2006 325Ci Convertible, the 2006 330Ci Convertible, the 2006 M3 convertible, the 2006 325xi Sedan, the 2006 330xi Sedan, the 2006 325xi Sport Wagon, the 2006 525i Sedan, the 2006 530i Sedan, the 2006 525xi Sedan, the 2006 530xi Sedan, the 2006 550i Sedan, the 2006 M5 Sedan650Ci Coupe, the 2006 650 Ci Convertible, the 2006 M6 Coupe, the 2006 750i Sedan, the 2006 750Li Sedan, the 2006 760i Sedan, the 2006 760Li Sedan, the 2006 X3, the 2006 X5 3.0i, the 2006 X5 4.4i, the 2006 X5 4.8is, the 2006 Z4 Roadster 3.0i, the 2006 Z4 Roadster 3.0si, the 2006 Z4 M Roadster, the 2006 Z4 Coupe 3.0si, and the 2006 Z4 M Coupe, the 2007 328i Coupe, the 2007 328i SULEV, the 2007 328xi Coupe, the 2007 328xi SULEV, the 2007 335i Coupe, the 2007 328i Sedan, the 2007 328i Sedan SULEV, the 2007 328xi Sedan, the 2007 328xi Sedan

SULEV, the 2007 335i Sedan, the 2007 328i Sport Wagon, the 2007 328xi Sport Wagon, the 2007 328i Convertible, the 2007 328i Convertible SULEV, the 2007 335i Convertible, the 2007 335xi Sedan, the 2007 525i Sedan, the 2007 525xi Sedan, the 2007 530i Sedan, the 2007 530xi Sedan, the 2007 550i Sedan, the 2007 530xiT Sport Wagon, the 2007 M5 Sedan, the 2007 650i Coupe, the 2007 M6 Coupe, the 2007 650i Convertible, the 2007 M6 Convertible, the 2007 750i Sedan, the 2007 750Li Sedan, the 2007 760Li Sedan, the 2007 Alpina B7 Sedan, the 2007 X3 3.0si, the 2007 X5 3.0si, the 2007 X5 4.8i, the 2007 Z4 3.0si Coupe, the 2007 Z4 Coupe M, the 2007 Z4 Roadster 3.0i, the 2007 Z4 Roadster 3.0si, and the 2007 Z4 Roadster M, the 2008 128i Coupe, the 2008 128i SULEV, the 2008 135i Coupe, the 2008 128i Cabriolet, the 2008 128i Cabriolet SULEV, the 2008 135i Cabriolet, the 2008 M3 Coupe, the 2008 M3 Convertible, the 2008 M3 Sedan, the 2008 328i Coupe, the 2008 328i Coupe SULEV, the 2008 328xi Coupe, the 2008 335i Coupe, the 2008 328i Convertible, the 2008 328i Convertible SULEV, the 2008 335i Convertible, the 2008 328i Sedan, the 2008 329i Sedan SULEV, the 2008 328xi Sedan, the 2008 328xi Sedan SULEV, the 2008 335i Sedan, the 2008 335xi Sedan, the 2008 328i Sport Wagon, the 2008 328xi Sport Wagon, the 2008 528i Sedan, the 2008 528xi Sedan, the 2008 535i Sedan, the 2008 535xi Sedan, the 2008 550i Sedan, the 2008 M5 Sedan, the 2008 535xiT Sport Wagon, the 2008 M6 Coupe, the 2008 M6 Convertible, the 2008 650i Coupe, the 2008 650i Convertible, the 2008 750i Sedan, the 2008 Alpina B7 Sedan, the 2008 750Li Sedan, the 2008 760Li Sedan, the 2008 X3 3.0si, the 2008 X5 3.0si, the 2008 X5 4.8i, the 2008 X6 xDrive35i, the 2008 X6 xDrive50i, the 2008 Z4 3.0si Coupe, the 2008 Z4 M Coupe, the 2008 Z4 Roadster 3.0si, and the 2008 Z4 M Roadster, the 2009 128i Coupe, the 2009 135i Coupe, the 2009 128i Convertible, the 2009 135i Convertible, the 2009 328i sedan, the 2009 335i xDrive

Sedan, the 2009 335i Coupe, the 2009 335i Convertible, the 2009 335d Sedan, the 2009 328i

xDrive Sedan, the 2009 328i Coupe, the 2009 335i xDrive Coupe, the 2009 328i Sports

Wagon, the 2009 335i Sedan, the 2009 328i xDrive Coupe, the 2009 328i Convertible, the

2009 328i xDrive Sports Wagon, the 2009 528i Sedan, the 2009 528i xDrive Sedan, the 2009

535i Sedan, the 2009 535i xDrive Sedan, the 2009 550i Sedan, the 2009 535i xDrive Sports

Wagon, the 2009 650i Coupe, the 2009 650i Convertible, the 2009 750i Sedan, the 2009

750Li Sedan, the 2009 760Li Sedan, the 2009 X3 xDrive30i, the 2009 X5 xDrive30i, the

2009 X5 xDrive48i, the 2009 X5 xDrive35d, the 2009 X6 xDrive35i, the 2009 X6

xDrive50i, the 2009 Z4 Roadster 3.0i, the 2009 Z4 Roadster 3.0si, the 2009 Z4 Coupe 3.0si,

the 2009 M3 Sedan, the 2009 M3 Coupe, the 2009 M3 Convertible, the 2009 M5 Sedan, the

2009 M6 Coupe, the 2009 M6 Convertible, the 2009 Z4 M Coupe , and the 2009 Z4 M

Roadster vehicles, as well as any other BMW vehicle that performs the method for testing a

sensor that is the same as or equivalent to the method used in these exemplary vehicles,

excluding any vehicles that exclusively use chips provided by Denso or Freescale.  Damages

are not sought in this suit for infringement that has occurred after July 16, 2008.

26.     Mercedes-Benz infringes one or more of claims 1-6 of the '364 patent directly,

contributorily, and/or through inducement by providing a vehicle with an air bag restraint

system, anti-lock braking system, and/or electronic stability control system that performs the

claimed method.  In particular, the '364 patent is infringed by Mercedes-Benz each time an

infringing Mercedes-Benz vehicle is started, whereby the method for testing a sensor as

described and claimed in the '364 patent is performed.  Infringing Mercedes-Benz vehicles

include the 2003- present Mercedes-Benz C-Class vehicle, C230, C230 C, C230 CL 1.8,

C230 CL1-8, C230 Wagon 4M, C230K, C240, C240 4M, C240 S, C240-4M, C240 S,

C240S-4M, C280, C289 4M, C280-4M, C32 AMG, C320, C320 4M, C320 C, C320S, C320S-4M, C350, C350 4M, C350-4M, C55 AMG, C55AMG, CL 500, CL 55 AMG, CL 600, CL 65 AMG, CL500, CL600, CL600 BI Turbo, CL 600 BITURBO, CL63 AMG, CL 65 AMG, CLK 320, CLK 350A, CLK 500, CLK 55 AMG, CLK320, CLK320A, CLK350, CLK350A, CLK430A, CLK450A, CLK500, CLK500A, CLK55 AMG, CLK550, CLK550A, CLK55A AMG, CLK63 AMG BLK, CLKa63A AMG, CLS 550, CLS550, CLS63, E250S-4M, E320, E320 CD1, E320 CDI, E320-4M, E320CD1, E320S-4M, E350, E350 S, E350 S-4M, E350-4M, E500, E500-4M, E500S-4M, E500, E500-4M, E500S-4M, E55 AMG, E550, E550-4M, E55AMG, E55S-4M, E63 AMG, E63 AMG WAGON, E63AMG, GL320CDI, GL450, ML 320, ML 350, ML320, ML320CDI, ML350, ML500, ML550, ML63AMG, R320 CDI, R350, R350 2WD, R500, R63 AMG, S350, S430, S430V 4M, S430V-4M, S500, S500 4M, S55 AMG, S550, S550-4M, S600, S600 BiTurbo, S63 AMG, S65 AMG, SLK230, SLK280, SLK32, SLK320, SLK350, and SLK55 AMG  as well as any other Mercedes-Benz vehicle that performs the method for testing a sensor that is the same as or equivalent to the method used in these exemplary vehicles, excluding any vehicles that exclusively use chips provided by Denso or Freescale.  Damages are not sought in this suit for infringement that has occurred after July 16, 2008.

27.    Suzuki infringes one or more of claims 1-6 of the '364 patent directly, contributorily, and/or through inducement by providing a vehicle with an air bag restraint system, anti-lock braking system, and/or electronic stability control system that performs the claimed method.  In particular, the '364 patent is infringed by Suzuki each time an infringing Suzuki vehicle is started, whereby the method for testing a sensor as described and claimed in the '364 patent is performed.  Infringing Suzuki vehicles include the 2005 Suzuki Forenza vehicle, The 2003

Suzuki Aerio, the 2003 Suzuki Grand Vitara, the 2003 Suzuki Vitara, the 2003 Suzuki XL-7, the 2004 Suzuki Aerio, the 2004 Suzuki Forenza, the 2004 Suzuki Grand Vitara, the 2004 Suzuki Verona, the 2004 Suzuki Vitara V6, and the Suzuki XL-7, the 2005 Suzuki Aerio, the 2005 Suyzuki Forenza, the 2005 Suzuki Grand Vitara, the 2005 Suzuki Reno, the 2005 Suzuki Verona, and the Suzuki XL-7, the 2006  Suzuki 2006 Aerio, the 2006 Suzuki Forenza, the 2006 Suzuki Grand Vitara, the 2006 Suzuki Reno, the 2006 Suzuki Verona, and the 2006 Suzuki XL-7, the 2007 Suzuki Aerio, the 2007 Suzuki Forenza, the 2007 Suzuki Grand Vitara, the 2007 Suzuki Reno, the 2007 Suzuki SX4, and the 2007 Suzuki XL7, the 2009 Suzuki Equator, the 2009 Suzuki Grand Vitara, and the 2009 Suzuki SX4, as well as any other Suzuki vehicle that performs the method for testing a sensor that is the same as or equivalent to the method used in these exemplary vehicles, excluding any vehicles that exclusively use chips provided by Denso or Freescale.  Damages are not sought in this suit for infringement that has occurred after July 16, 2008.

28.     ADI infringes one or more of claims 1-6 of the '364 patent directly, contributorily, and/or through inducement by making, offering to sell, selling, and/or using sensors provided in infringing vehicles provided by car manufacturers, as described above, and/or in other products, including but not limited to Analog Devices ADXL202 JQC, Analog Devices ADXL250, Analog Devices ADXL278, and any other chips that are capable of or use the same or similar self-test feature.  Damages are not sought in this suit for infringement that has occurred after July 16, 2008.

29.     The Defendants' infringement of the '364 patent alleged above  prior to July 16, 2008 has injured Wacoh and thus, it is entitled to recover damages adequate to compensate for the Defendants' infringement, which in no event can be less than a reasonable royalty.

## DEMAND FOR JURY TRIAL

30.     Wacoh hereby demands a jury trial on all claims and issues triable of right by a jury.

## PRAYER FOR RELIEF

Wherefore, Wacoh prays for entry of judgment:

A.      that Defendants, Chrysler, Ford, Honda, Mazda, GM, Volkswagen, BMW, Mercedes-Benz, Suzuki, and ADI have infringed one or more claims of the '364 patent;

B.      that Defendants, Chrysler, Ford, Honda, Mazda, GM, Volkswagen, BMW, Mercedes-Benz ,Suzuki, and ADI account for and pay to Wacoh all damages caused by the infringement of the '364 patent prior to July 16, 2008, which by statute can be no less than a reasonable royalty;

C.      that Wacoh be granted pre-judgment and post-judgment interest on the damages caused to him by reason of Defendants, Chrysler, Ford, Honda, Mazda, GM, Volkswagen, BMW, Mercedes-Benz, Suzuki, and ADI's infringement of the '364 patent prior to July 16, 2008;

D.      that Wacoh be granted its attorneys' fees in this action;

E.      that costs be awarded to Wacoh;

F.      that Wacoh be granted such other and further relief as the Court may deem just and proper under the current circumstances.


Dated:  December 2, 2008                    Respectfully submitted,

                                        _____/s/ Catherine Cetrangolo_____
                                        Catherine Cetrangolo
                                        BOARDMAN LAW FIRM LLP
                                        One South Pinckney Street – 4th Fl.
                                        Madison, WI 53703
                                        Tel:    609-283-1703
                                        Fax:    608-283-1709
                                        Email:  ccetrangolo@boardmanlawfirm.com

Edward W. Goldstein
Matthew J.M. Prebeg
Alisa A. Lipski
GOLDSTEIN, FAUCETT & PREBEG, LLP
1177 West Loop South, Suite 400
Houston, TX  77027
Tel:    713-877-1515
Fax:    713-877-1745
E-mail: egoldstein@gfpiplaw.com
         mprebeg@gfpiplaw.com
         alipski@gfpiplaw.com

**ATTORNEYS FOR PLAINTIFF**

EXHIBIT A



US006512364B1

(12) **United States Patent**  (10) Patent No.:     **US 6,512,364 B1**
Okada                            (45) Date of Patent:            **Jan. 28, 2003**

(54) **TESTING SENSOR**

(76) Inventor:  **Kazuhiro Okada**, 73, Sugaya 4-chome,
                Ageo-shi, Saitama 362 (JP)

( * ) Notice:   Subject to any disclaimer, the term of this
                patent is extended or adjusted under 35
                U.S.C. 154(b) by 219 days.

(21) Appl. No.: **09/716,773**

(22) Filed:    **Nov. 20, 2000**

**Related U.S. Application Data**

(62) Division of application No. 09/019,978, filed on Feb. 6,
     1998, now Pat. No. 6,185,814, which is a division of
     application No. 08/641,078, filed on Apr. 26, 1996, now Pat.
     No. 5,744,718, which is a division of application No.
     08/393,801, filed on Feb. 24, 1995, now Pat. No. 5,531,092,
     which is a division of application No. 08/168,024, filed on
     Dec. 15, 1993, now abandoned, which is a division of
     application No. 07/761,771, filed as application No. PCT/
     JP90/01688 on Dec. 26, 1990, now Pat. No. 5,295,386.

(30)      **Foreign Application Priority Data**

   Dec. 28, 1989   (JP) .............................................. 1-343354
   Mar. 27, 1990   (JP) .............................................. 2-77397
   Jul. 27, 1990   (JP) ............................................. 2-200449

(51) **Int. Cl.**[7] ............................................... **G01P 15/12**
(52) **U.S. Cl.** ...................... **324/158.1**; 73/1 D; 73/1.37;
                                                          73/517 R
(58) **Field of Search** ............................ 324/158.1, 765,
          324/73.1; 73/1 D, 517 R, 517 B, 1 C, 1 B,
                                4 R, 862.063, 862.68, 1.37

(56)           **References Cited**

         U.S. PATENT DOCUMENTS

   3,120,622 A     2/1964   Dranetz et al. ............. 310/814

            (List continued on next page.)

         FOREIGN PATENT DOCUMENTS

   DE         3742385      6/1989
   EP         0133997      3/1985

| | | |
|---|---|---|
| EP | 0368446 | 5/1990 |
| FR | 8710556 | 1/1988 |
| JP | 59208468 | 11/1959 |
| JP | 57146166 | 9/1982 |
| JP | 6166939 | 4/1986 |
| JP | 6385461 | 4/1988 |
| JP | 63169078 | 7/1988 |
| JP | 63266325 | 11/1988 |
| JP | 63266359 | 11/1988 |
| JP | 6410665 | 1/1989 |
| JP | 1263576 | 10/1989 |

         OTHER PUBLICATIONS

Allen, Henry V., et al. "Accelerometer Systems with Self–
testable Features." Sensors and Actuators, No. 20, (1989)
pp. 153–161.

*Primary Examiner*—Michael Sherry
*Assistant Examiner*—Jimmy Nguyen
(74) *Attorney, Agent, or Firm*—Ladas & Parry

(57)           **ABSTRACT**

A sensor comprises a semiconductor pellet (**10**) including a
working portion (**11**) adapted to undergo action of a force, a
fixed portion (**13**) fixed on the sensor body, and a flexible
portion (**13**) having flexibility formed therebetween, a work-
ing body (**20**) for transmitting an exterted force to the
working portion, and detector means (**60–63**) for transform-
ing a mechanical deformation produced in the semiconduc-
tor pellet to an electric signal to thereby detect a force
exerted on the working body as an electric signal. A signal
processing circuit is applied to the sensor. This. circuit uses
analog multipliers (**101–109**) and analog adders/subtracters
(**111–113**), and has a function to cancel interference pro-
duced in different directions. Within the sensor, two portions
(E3, E4–E8) located at positions opposite to each other and
producing a displacement therebetween by action of a force
are determined. By exerting a coulomb force between both
the portions, the test of the sensor is carried out. Further, a
pedestal (**21, 22**) is provided around the working body (**20**).
The working body and the pedestal are located with a
predetermined gap or spacing therebetween. A displacement
of the working body is caused to limitatively fall within a
predetermined range corresponding to the spacing. The
working body and the pedestal are provided by cutting a
same common substrate (**350, 350'**).

**6 Claims, 26 Drawing Sheets**



US 6,512,364 B1

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,190,129 A | 6/1965 | Kritz et al. | 310/309 |
| 4,789,803 A | 12/1988 | Jacobsen et al. | 310/309 |
| 4,836,034 A | 6/1989 | Izumi et al. | 73/862.04 |
| 4,851,080 A | 7/1989 | Howe et al. | 156/647 |
| 4,882,933 A | 11/1989 | Petersen et al. | 73/517 R |
| 4,891,985 A | 1/1990 | Glenn | 73/517 R |
| 4,905,523 A | 3/1990 | Okada | 73/862.04 |
| 4,941,354 A | 7/1990 | Russell et al. | 73/517 B |
| 4,967,605 A | 11/1990 | Okada | 73/862.041 |
| 4,969,366 A | 11/1990 | Okada | 73/862.08 |
| 5,014,415 A | 5/1991 | Okada | 29/621.1 |
| 5,035,148 A | 7/1991 | Okada | 73/862.041 |
| 5,051,643 A | 9/1991 | Dworsky et al. | 310/309 |
| 5,060,504 A | 10/1991 | White et al. | 73/1 D |
| 5,092,645 A | 3/1992 | Okada | 294/86.4 |
| 5,103,667 A | 4/1992 | Allen et al. | 73/1 D |
| 5,124,879 A | 6/1992 | Goto | 310/309 |
| 5,163,325 A * | 11/1990 | White et al. | 73/571 R |
| 5,182,515 A | 1/1993 | Okada | 73/862.041 |
| 5,263,375 A | 11/1993 | Okada | 73/862.042 |
| 5,295,386 A * | 3/1994 | Okada | 73/1 D |
| 5,343,765 A | 9/1994 | Okada | 73/862.043 |
| 5,365,799 A | 11/1994 | Okada | 73/862.043 |
| 5,392,658 A | 2/1995 | Okada | 73/862.043 |
| 5,406,848 A | 4/1995 | Okada | 73/517 R |
| 5,421,213 A | 6/1995 | Okada | 73/862.043 |
| 5,437,196 A | 8/1995 | Okada | 73/862.043 |
| 5,447,051 A * | 9/1995 | Hanks et al. | 73/1 D |
| 5,492,020 A | 2/1996 | Okada | 73/862.626 |
| 5,497,668 A | 3/1996 | Okada | 73/862.626 |
| 5,531,002 A | 7/1996 | Okada | 29/25.41 |
| 5,531,092 A * | 7/1996 | Okada | 73/1 D |
| 5,571,972 A | 11/1996 | Okada | 73/862.043 |
| 5,639,973 A | 6/1997 | Okada | 73/862.043 |
| 5,646,346 A | 7/1997 | Okada | 73/504.04 |
| 5,668,318 A | 9/1997 | Okada | 73/504.11 |
| 5,682,000 A | 10/1997 | Okada | 73/862.043 |
| 5,744,718 A * | 4/1998 | Okada | 73/514.33 |
| 5,757,481 A * | 5/1998 | O'Brien et al. | 356/243 |
| 5,780,749 A | 7/1998 | Okada | 73/862.043 |
| 5,811,693 A | 9/1998 | Okada | 73/862.043 |
| 5,831,163 A | 11/1998 | Okada | 73/514.12 |
| 5,850,040 A | 12/1998 | Okada | 73/504.04 |
| 5,856,620 A | 1/1999 | Okada | 73/514.32 |
| 5,962,787 A | 10/1999 | Okada | 73/514.32 |
| 5,987,985 A | 11/1999 | Okada | 73/504.04 |
| 6,003,371 A | 12/1999 | Okada | 73/504.02 |
| 6,053,057 A | 4/2000 | Okada | 73/862.043 |
| 6,076,401 A | 6/2000 | Okada | 73/504.12 |
| 6,098,461 A | 8/2000 | Okada | 73/514.34 |
| 6,185,814 B1 * | 2/2002 | Okada | 29/621.1 |

* cited by examiner



FIG. 1

FIG. 2

# FIG. 3



# FIG. 4



# FIG. 5





FIG. 6a



FIG. 6b



FIG. 6c



FIG. 7a

FIG. 7b

FIG. 7c



FIG. 8a

FIG. 8b

FIG. 8c



FIG. 9a

FIG. 9b

FIG. 9c

# F I G. 10

|        | Fx  | Fy  | Fz  |
|--------|-----|-----|-----|
| R x 1  | —   | O   | —   |
| R x 2  | +   | O   | +   |
| R x 3  | —   | O   | +   |
| R x 4  | +   | O   | —   |
| R y 1  | O   | —   | —   |
| R y 2  | O   | +   | +   |
| R y 3  | O   | —   | +   |
| R y 4  | O   | +   | —   |
| R z 1  | —   | O   | —   |
| R z 2  | +   | O   | +   |
| R z 3  | —   | O   | +   |
| R z 4  | +   | O   | —   |

# FIG. 11



# FIG. 12



# F I G. 13



# F I G. 14



# F I G. 15



# FIG. 16



# FIG. 17



# FIG. 18



Case 2:09-cv-10119-JAC-MJH   Document 1   Filed 01/12/08   Page 44 of 78

# F I G. 19



# F I G. 20





F I G. 21

F I G. 22

# F I G. 23



# F I G. 24



# F I G. 25



# F I G. 26



# F I G. 27



# F I G. 28



# F I G. 29



# F I G. 30a



# F I G. 30b



# F I G. 31



# F I G. 32



# F I G. 33



# F I G. 34



Case 2:09-cv-10119-JAC-MJH   Document 1   Filed 01/12/08   Page 52 of 78

# F I G. 35



# F I G. 36





FIG. 37

FIG. 38

FIG. 39

# F I G. 40



# F I G. 41





Case 2:09-cv-10119-JAC-MJH   Document 1   Filed 01/12/08   Page 56 of 78

# F I G. 45



# F I G. 46



# F I G. 47

# FIG. 48



# FIG. 49



# FIG. 50



# F I G. 5 I



300

310
330
340

E34    320    E30    E32

# F I G. 52



340

E31    C5

E32

E34

341

E33

**1**

# TESTING SENSOR

This application is a divisional of application Ser. No. 09/019,978 filed on Feb. 6, 1998, now U.S. Pat. No. 6,185,814 which is a divisional of application Ser. No. 08/641,078 filed on Apr. 26, 1996 now U.S. Pat. No. 5,744,718 which is a divisional of Ser. No. 08/393,801 filed Feb. 24, 1995 (now U.S. Pat. No. 5,531,092) which is a divisional of Ser. No. 08/168,024 filed Dec. 15, 1993 (now abandoned) which is a divisional of Ser. No. 07/761,771 filed Aug. 14, 1991 (now U.S. Pat. No. 5,295,386) which is national stage of PCT/JP90/01688 filed Dec. 26, 1990, claims the benefit thereof and incorporates the same by reference.

## TECHNICAL FIELD

This invention relates to an apparatus for detecting a physical quantity acting as an external force, e.g., a force exerted on a working body, an acceleration exerted on a weight body, or a magnetism exerted on a magnetic body. Particularly, this invention relates to a signal processing circuit, a testing method, and a manufacturing method for a force sensor serving as a main part of such a detector, and a structure of this force sensor.

## BACKGROUND ART

In recent years, there are proposed force sensors including, arranged on a semiconductor substrate, resistance elements having a property of the piezo resistive effect that the electric resistance varies in dependency upon a mechanical deformation to detect a force from changes in resistance values of the resistance elements. Further, acceleration sensors or magnetic sensors to which such force sensors are applied are also proposed In either detector, a strain generative body partially having flexibility is used to detect a mechanical deformation produced in the strain generative body as changes in electric resistance of the resistance elements. A working body is provided for exerting a force on the strain generative body. If a weight body responsive to acceleration is used as the working body, an acceleration sensor is provided. Further, if a magnetic body responsive to magnetism is used as the working body, a magnetic sensor is provided.

For example, in U.S. Pat. No. 4,905,523, U.S. patent application Ser. No. 295210, Ser. No. 362399, Ser. No. 470102, and Ser. No. 559381, force/acceleration/magnetic sensors according to the invention of the inventor of this application are disclosed. Further, in U.S. patent application Ser. No. 526837, a novel manufacturing method for a sensor of this kind is disclosed.

The force sensors disclosed in these patent materials can detect a direction and a magnitude of an external force applied to a predetermined working point on the basis of changes in resistance values of resistance elements formed on a single crystal substrate. If a weight body is formed at the working point, it is also possible to detect, as a force, an acceleration exerted on the weight body. Accordingly, this permits application as an acceleration sensor. Further, if a magnetic body is formed at the working point, it is also possible to detect, as a force, magnetism exerted on the magnetic body. Accordingly, this permits application as a magnetic sensor.

However, the conventional force sensors (or acceleration sensors, or magnetic sensors based on the same principle) have the problem that there may occur interference in the output characteristic with respect to respective axial directions of two-dimensions or three-dimensions. For example,

**2**

in the case of the three dimensional acceleration sensor, components in the X-axis, Y-axis and Z-axis directions of an acceleration exerted on a predetermined working point must be independently detected, respectively. In the case of conventional sensors, however, these components in respective axial directions interfere with each other. As a result, a detected value of the component in one axial direction was influenced to some extent by detected values of components in other axial directions. Such an interference is not preferable because it lowers reliability of measured values.

With the above in view, a first object of this invention is to provide a signal processing circuit capable of obtaining correct detected values free from interference of the components in other axial directions.

In order to mass produce such sensors to deliver them on the market, it is necessary to conduct a test or inspection at the final stage of the manufacturing process. The test for the force sensor can be carried out relatively with ease. Namely, this test may be accomplished by applying a force of a predetermined magnitude to the working point in a predetermined direction to check a detected output at this time. However, the test for the acceleration sensor or the magnetic sensor becomes more complicated. Since the sensor body is in a sealed state, it is necessary to check detected outputs while actually exerting, from the external, acceleration or magnetism thereon. Particularly, in the case of the acceleration sensor, it is the present state that a vibration generator is used to give vibration to the sensor body to carry out a test. This results in the problem that the testing device becomes large, and a test for a dynamic acceleration of vibration is only conducted.

With the above in view, a second object of this invention is to provide a testing method capable of more easily testing a sensor having a working body of force such as an acceleration sensor or a magnetic sensor, and to provide a sensor having a function capable of immediately carrying out this testing method.

Further, conventionally proposed sensors using resistance elements has a problem in the case of carrying out high sensitivity measurement. For example, in the case of the acceleration sensor, it is sufficient for the purpose of utilizing collision detection of a vehicle, etc. to have a function to detect acceleration of the order of 10 to 100G on the full scale. However, in order to detect a swing by hand of a camera, to conduct a suspension control for a vehicle, and to conduct a control for an antilock brake system for a vehicle, it is necessary to detect an acceleration of the order of 1 to 10G. For carrying out such a high sensitivity acceleration detection, it is necessary to increase the weight of a working body having a function to produce a force on the basis of an acceleration. However, in the case of the structure of conventional sensors, it was difficult to enlarge the working body.

In the case of the high sensitivity sensor, where a large force more than a predetermined limit is applied thereto, the danger that the semiconductor substrate may be damaged is increased. For this reason, it is necessary to provide, around the working body, a member for allowing displacement of the working body to limitatively fall within a predetermined range. This gives another problem that the structure becomes complicated.

Further, in the case of detecting force, acceleration, and magnetism, etc. exerted in three-dimensional directions, there would occur a difference between a detection sensitivity in a direction parallel to the surface of the semiconductor substrate and that in a direction perpendicular thereto.

US 6,512,364 B1

**3**

The fact that a sensitivity difference occurs in dependency upon the direction of detection is not particularly preferable for high sensitivity sensors.

With the above in view, a third object of this invention is to provide a sensor using resistance elements suitable for higher sensitivity physical quantity measurement, and a method of manufacturing such a sensor.

## DISCLOSURE OF INVENTION

### I Feature Relating to the First Object

To achieve the first object to provide a signal processing circuit capable of obtaining a correct detected value free from interference of the components in other axial directions, this invention has the following features.

(1) The first feature resides in a signal processing circuit for a sensor in which when an external force is exerted on a predetermined working point in an XYZ three-dimensional coordinate system, a mechanical deformation is produced on a single crystal substrate by the external force, the sensor detecting a component in the X-axis direction Ax, a component in the Y-axis direction Ay, and a component in the Z-axis direction Az of the external force exerted on the working point on the basis of electric signals Vx, Vy and Vz produced due to the mechanical deformation,

wherein coefficients K11, K12, K13, K21, K22, K23, K31, K32 and K33 are determined so that the relational equations expressed below hold between Ax, Ay, Az, Vx, Vy and Vz:

$$Ax=K11Vx+K12Vy+K13Vz$$

$$Ay=K21Vx+K22Vy+K23Vz$$

$$Az=K31Vx+K32Vy+K33Vz$$

and the values of terms of the right sides of the relational equations are computed by using analog multipliers, and a computation between respective terms of the right sides of the relational equations is performed by using analog adders/subtracters, thus to provide detected values Ax, Ay and Az from these computed results.

(2) The second feature resides in a signal processing circuit for an acceleration detector in which when an external force is exerted on a predetermined working point, a mechanical deformation is produced on a single crystal substrate by the external force, the detector detecting a component in an X-axis direction Ax and a component in a Y-axis direction Ay perpendicular thereto of an external force exerted on a working point on the basis of electric signals Vx and Vy produced due to the mechanical deformation,

wherein coefficients K11, K12, K21 and K22 are determined so that the relational equations expressed below hold between Ax, Ay, Vx and Vy:

$$Ax=K11Vx+K12Vy$$

$$Ay=K21Vx+K22Vy$$

and values of terms of the right sides of the relational equations are computed by using analog multipliers, and a computation between respective terms of the right sides of the relational equations is performed by using analog adders/subtracters, thus to provide detected values Ax and Ay from these computed results.

(3) The third feature resides in a signal processing circuit for a force sensor in which a plurality of resistance elements exhibiting the piezo resistive effect that the electric resis-

**4**

tance varies in dependency upon a mechanical deformation are arranged on a single crystal substrate, and when an external force is exerted on a predetermined working point in an XYZ three-dimensional coordinate system and a mechanical deformation is produced by the external force, the sensor detecting a component in the X-axis direction Ax, a component in the Y-axis direction Ay, and a component in the Z-axis direction Az of an external force exerted on a working point on the basis of voltage values Vx, Vy and Vz obtained on the basis of a bridge circuit constituted by the plurality of resistance elements,

wherein coefficients K11, K12, K13, K21, K22, K23, K31, K32 and K33 are determined so that the relational equations expressed below hold between Ax, Ay, Az, Vx, Vy and Vz:

$$Ax=K11Vx+K12Vy+K13Vz$$

$$Ay=K21Vx+K22Vy+K23Vz$$

$$Az=K31Vx+K32Vy+K33Vz$$

and the values of terms of the right sides of the relational equations are computed by using analog multipliers, and a computation between respective terms of the right sides of the relational equations is performed by using analog adders/subtracters, thus to provide detected values Ax, Ay and Az from these computed results.

(4) The fourth feature resides in a signal processing circuit for an acceleration detector in which a plurality of resistance elements exhibiting the piezo resistive effect that the electric resistance varies in dependency upon a mechanical deformation, and when an external force is exerted on a predetermined working point, a mechanical deformation is produced on. a single crystal substrate by the external force, the detector detecting a component in an X-axis direction Ax and a component in a Y-axis direction Ay perpendicular thereto of an external force exerted on. a working point on the basis of respective bridge voltage values Vx and Vy of two sets of bridge circuits constituted by the plurality of resistance elements,

wherein coefficients K11, K12, K21 And K22 are determined so that the relational equations expressed below hold between Ax and Ay and Vx and Vy:

$$Ax=K11Vx+K12Vy$$

$$Ay=K21Vx+K22Vy$$

and the values of terms of the right side of the relational equations are computed by using analog multipliers, and a computation between respective terms of the right sides of the relational equations is performed by using analog adders/subtracters, thus to provide detected values Ax and Ay from these computed results.

In accordance with the above described signal processing circuit, a characteristic matrix showing the condition of interference produced between components in respective axial directions and an inverse characteristic matrix of the inverse matrix thereof are determined in advance. Further, corrective operations using this inverse characteristic matrix are carried out, thereby making it possible to cancel the influence of interference. Furthermore, since these corrective operations are all carried out at the analog computation circuit, the circuit configuration becomes simple and a correction circuit can be realized at a low cost. In addition, because operation is performed in an analog form, the operation speed becomes high, giving rise to no inconvenience even in the case of measuring an instantaneous phenomenon.

US 6,512,364 B1

5

6

II Feature Relating to the Second Object

To achieve the second object to provide a simple testing method with respect to each sensor, this invention has the following features.

(1) The first feature resides in a method of testing a sensor, the sensor comprising:

a strain generative body including a working portion adapted to undergo action of a force, a fixed portion fixed to a sensor body, and a flexible portion having flexibility formed between the working portion and the fixed portion,

a working body for transmitting an applied force to the working portion, and

detector means for transforming a mechanical deformation produced in the strain generative body by the transmitted force to an electric signal to thereby detect, as an electric signal, a force exerted on the working body,

wherein the method comprises the steps of determining a first portion and a second portion located at positions opposite to each other and producing a displacement therebetween, exerting a coulomb force between both the portions, and testing the sensor on the basis of the exerted coulomb force and a detected result by the detector means.

In accordance with the first feature, a coulomb force is exerted between the first and second portions. By this coulomb force, the first portion undergoes displacement relative to the second portion to induce a mechanical deformation in the strain generative body. Accordingly, the same state as the state where an external force is exerted on the working body can be created. Thus, test of the sensor can be carried out without actually applying an external force thereto.

(2) The second feature resides in, in the method having the above described first feature,

a method in which a first electrode layer is formed at the first portion and a second electrode layer is formed at the second portion to carry out a test conducted while exerting a repulsive force between the first and second electrode layers by applying voltages of the same polarity to the both electrode layers, respectively, and a test conducted while exerting an attractive force between the first and second electrode layers by applying voltages of polarities different from each other thereto, respectively.

In accordance with the second feature, by applying a voltage across two opposite electrode layers, a coulomb force can be exerted. In addition, by selecting the polarity of an applied voltage, the coulomb force can be exerted as either a repulsive force or an attractive force. Thus, the test having higher degree of freedom can be conducted.

(3) The third feature resides in a method of testing a sensor, the sensor comprising:

a strain generative body including a working portion adapted to undergo action of a force, a. fixed portion fixed to a sensor body, and a flexible portion having flexibility formed between the working portion and the fixed portion,

a working body for transmitting an applied force to the working portion, and

detector means for transforming a mechanical deformation produced in the strain generative body by the transmitted force to an electric signal to thereby detect, as an electric signal, a force exerted on the working body,

wherein the method comprises the steps of determining a first plane surface and a second plane surface located at positions opposite to each other to produce a displacement therebetween by the action of the force, forming an electrode layer on the first plane surface, and forming, on the second plane surface, a plurality of electrically independent electrode layers at a plurality of portions,

the method further comprising the steps of applying a voltage of a first polarity to the electrode layer on the first plane surface, and selectively applying, every electrode layers, a voltage of a first polarity or a voltage of a second polarity opposite to the first polarity to the respective electrode layers on the second plane surface to exert a coulomb force of a repulsive force or an attractive force between the electrode layer on the first plane surface and the electrode layers on the second plane surface, and thereafter conducting test of the sensor on the basis of the applied coulomb force and a detected result by the detector means.

In accordance with the third feature, since one electrode layer is divided into a plurality of subelectrode layers, an approach. is employed to select the polarity of an applied voltage, thereby making it possible to carry out a test in which a coulomb force is exerted in various directions.

(4) The fourth feature resides in an acceleration sensor comprising:

a strain generative body including a working portion adapted to undergo action of a force, a fixed portion fixed to a sensor body, and a flexible portion having flexibility formed between the working portion and the fixed portion,

a weight body adapted to undergo action of a force by an acceleration applied to the sensor body, the weight body transmitting the force thus exerted to the working portion and allowing the stain generative body to produce a mechanical deformation,

a resistance element having the property that the resistance value varies in dependency upon a mechanical deformation produced in the strain generative body,

a first electrode layer formed on a first plane surface to produce a displacement by action of an acceleration,

a second electrode layer formed on a second plane surface opposite to the first plane surface, and

wiring means for connecting the resistance element, the first electrode layer and the second electrode layer to an external electric circuit,

to apply a predetermined voltage to the first and second electrode layers. to exert a coulomb force between both the electrode layers, thereby permitting the strain generative body to produce a mechanical deformation even in the state where no acceleration is exerted.

In accordance with the fourth feature, within the acceleration sensor, two electrode layers for carrying out the test according to the above described first feature are formed, and wiring therefor is implemented. Accordingly, by only connecting a predetermined electric circuit to this acceleration sensor, the test can be carried out.

(5) The fifth feature resides in a magnetic sensor comprising:

a strain generative body including a working portion adapted to undergo action of a force, a fixed portion fixed to a sensor body, and a flexible portion having flexibility formed between the working portion and the fixed portion,

a magnetic body adapted to undergo action of a force by a magnetic field where the sensor body is placed, the

7
8

magnetic body transmitting the force thus exerted to the working portion and allowing the strain generative body to produce a mechanical deformation,

a resistance element having the property that the resistance value varies in dependency upon a mechanical deformation produced in the strain generative body,

a first electrode layer formed on a first plane surface to produce a displacement by action of a magnetic force,

a second electrode layer formed on a second plane surface opposite to the first plane surface, and

wiring means for connecting the resistance element, the first electrode layer and the second electrode layer to an external electric circuit,

to apply a predetermined voltage to the first and second electrode layers to exert a coulomb force between both the electrode layers, thereby permitting the strain. generative body to produce a mechanical deformation even in the state where no magnetic force is exerted.

In accordance with the fifth feature, within the magnetic sensor, two electrode layers for carrying out the test according to the above described first feature are formed, and wiring therefor is implemented. Accordingly, by only connecting a predetermined electric circuit to this magnetic sensor, the test can be carried out.

(6) The sixth feature is directed to a sensor having the above described fourth or fifth feature, characterized in that one of the first and second electrode layer is constituted with a single electrode layer, and the other electrode layer is constituted with a plurality of electrically independent subelectrode layers, to select the polarities of voltages applied to the respective subelectrode layers, thereby permitting a mechanical deformation produced in the strain generative body to have directivity.

In accordance with the sixth feature, since one electrode layer is constituted with a single electrode layer, and the other electrode layer is constituted with a plurality of subelectrode layers, selection of the polarities of applied voltages is made, thereby making it possible to conduct a test in which a coulomb force is exerted in various directions.

(7) The seventh feature is directed to a sensor having the above described sixth feature, characterized in that the other electrode layer is constituted with two electrically independent subelectrode layers to select the polarities of voltages applied to respective subelectrode layers, thereby allowing the strain generative. body to produce a mechanical deformation with respect to a direction of a line connecting the centers of two subelectrode layers, and a mechanical deformation with respect to a direction perpendicular to the surfaces of the two subelectrode layers.

In accordance with the seventh feature, since two subelectrode layers are provided, a test in which a coulomb force is exerted with respect to two directions perpendicular to each other can be conducted.

(8) The eighth feature is directed to a sensor having the above described sixth feature, characterized in that the other electrode layer is constituted with four electrically independent subelectrode layers, and these subelectrode layers are arranged at respective end point positions of two orthogonal line segments so as to select the polarities of voltages applied to the respective subelectrode layers, thereby allowing the strain generative body to produce a mechanical deformation with respect to a direction of a first line segment of the two line segments and a mechanical deformation with respect to a direction perpendicular to the surfaces of the four subelectrode layers.

In accordance with the eighth feature, since four subelectrode layers are provided in a crossing manner, a test in which a coulomb force is exerted with respect to three directions perpendicular to each other can be conducted.

(9) The ninth feature is directed to a sensor having the above described fourth or fifth feature characterized in that the first electrode layer and the second electrode layer are constituted with a plurality of electrically independent first subelectrode layers and a plurality of electrically independent second subelectrode layers, respectively, so as to select polarities of voltages applied to the respective subelectrode layers, thereby permitting a mechanical deformation produced in the strain generative body to have directivity.

In accordance with the ninth feature, selection having higher degree of freedom can be made. Thus, a test in which a coulomb force is exerted in various directions can be conducted.

III Feature Relating to the Third Object

To achieve the third object to provide a sensor suitable for a higher sensitivity physical quantity measurement and a method of manufacturing such a sensor, this invention has the following features.

(1) The first feature resides in a sensor comprising:

a substrate wherein a working portion, a flexible portion and a fixed portion are defined substantially at the center of the substrate, around the working portion and around the flexible portion, respectively, to dig a groove in the flexible portion on the lower surface of the substrate, or to form a through hole in the flexible portion of the substrate to thereby allow the flexible portion to have flexibility and a resistance element is formed of which electric resistance varies on the basis of a mechanical deformation of the flexible portion on the upper surface of the substrate so as to detect changes in the electric resistance of the resistance element, produced on the basis of a displacement relative to the fixed portion of the working portion,

a working body for transmitting a force to the working portion being connected to the lower surface of the working portion,

a pedestal for supporting the fixed portion being connected to a first portion on the lower surface of the fixed portion,

wherein a second portion on the lower surface of the fixed portion and a portion on the upper surface of the working body being constituted so that they are opposite to each other with a predetermined spacing therebetween, a displacement in an upper direction of the working body being permitted to limitatively fall within a predetermined range by the second portion.

In accordance with the first feature, the central portion on the upper surface of the working body is connected to the lower surface of the working portion of the substrate, but the side portion of the working body extends to the portion below the fixed portion of the substrate. Accordingly, it is possible. to make a design so that the volume of the working body is large as a whole. As a result, the weight of the working body is increased, thus making it. possible to improve sensitivity with ease. Further, since the side portion of the working body extends up to the portion below the fixed portion of the substrate, it is possible to limit a displacement in an upper direction of the working body by making use of the fixed portion lower surface of the substrate as a control member. Accordingly, the necessity of individually providing a control member in an upper direction is eliminated, thus permitting the structure to be simple.

US 6,512,364 B1

**9**

(2) The second feature is directed to a sensor having the above described first feature,

wherein the inside surface of the pedestal and the outside surface of the working body are constituted so that they are opposite with a predetermined spacing therebetween, thus making it possible to allow a displacement in a lateral direction of the working body to limitatively fall within a predetermined range by the inside surface of the pedestal.

In accordance with the second feature, in addition to the first feature, the inside surface of the pedestal and the outside surface of the working body are constituted so that they are opposite to each other with a predetermined spacing therebetween. For this reason, it is possible to limit a displacement in a lateral direction of the working body by making use of the inside surface of the pedestal as a control member. Accordingly, the necessity of individually providing a limit member in a lateral direction is eliminated, thus permitting the structure to be simple.

(3) The third feature is directed to a sensor having the first or second feature,

wherein the pedestal is fixed onto a predetermined control surface so that the control surface and the lower surface of the working body are opposite to each other with a predetermined spacing therebetween, thus making it possible to allow a displacement in a lower direction of the working body to limitatively fall within a predetermined range by the control surface.

(4) The fourth feature resides in a sensor comprising:

a substrate wherein a working portion, a flexible portion and a fixed portion are defined substantially at the center of the substrate, around the working portion and around the flexible portion, respectively, to dig a groove in the flexible portion on the lower surface of the substrate, or to form a through hole in the flexible portion of the substrate to thereby allow the flexible portion to have flexibility and a transducer is formed for transforming a mechanical deformation to an electric signal at the flexible portion on the upper surface of the substrate so as to detect changes in an electric signal produced on the basis of a displacement relative to the fixed portion of the working portion to thereby detect a physical quantity exerted on the working portion,

a working-body for transmitting a force to the working portion being connected to the lower surface of the working portion,

wherein, when it is assumed that a perpendicular is drawn downward from the center of gravity G of the working body onto the upper surface of the substrate, the relationship expressed as L<r holds between a length L of the perpendicular and a distance r from the foot P of the perpendicular up to the outside portion of the groove.

This fourth feature is based on the fact that the inventor of this application. has found an optimum range in respect of a distance between a working point defined at the central portion on the upper surface of the substrate and the center of gravity of the working body. This optimum range satisfies such condition that sensitivities with respect to all directions substantially become uniform at the time of detecting a physical quantity in a three dimensional direction. For this reason, a sensor in which there is no difference between detection sensitivities dependent upon direction can be realized.

**10**

(5) The fifth feature resides in a method of manufacturing a sensor using resistance elements,

the method comprising the steps of:

defining a flexible area in the form of a square ring having a width on a first substrate,

defining a working area and a fixed area at one of the portion inside the square ring and the portion outside the square ring and at the other portion, respectively, forming resistance elements within the flexible area on a first plane surface of the first substrate,

digging a groove in the form of parallel crosses in correspondence with the square ring position on a second plane surface of the first substrate to form, in the flexible area, a groove in the form of square comprised of a portion of the groove in the form of parallel crosses, thus allowing the flexible area to have flexibility,

connecting a first plane surface of a second substrate to the second plane surface of the first substrate, and

cutting the second substrate to thereby form a working body connected to the working area of the first substrate and comprised of a portion of the second substrate, and a pedestal connected to the fixed area of the first substrate and comprised of a portion of the second substrate.

In accordance with the fifth feature, a groove in the form of square is formed in the flexible area on the second plane surface of the first substrate. Since the groove in the form of square can be easily formed by digging a groove in the form of parallel crosses by mechanical processing, it is possible to efficiently form a precise groove. Further, the weight body or the magnetic body is formed by a portion of the second substrate, and the pedestal for supporting the first substrate is formed by another portion. Namely, prior to carrying out the dicing process, the weight body or the magnetic body and the pedestal can be formed every wafer.

(6) The sixth feature resides in a method of manufacturing a sensor using resistance elements,

the method comprising the steps of:

defining a plurality of unit areas on a first substrate, and, within each unit area, defining a flexible area in the form of a square ring having a width, and defining a working area and a fixed area at one of the portion inside the square ring and the portion outside the square ring and at the other portion, respectively, forming resistance elements in each flexible area on a first plane surface of the first substrate,

digging a plurality of grooves on the side of a second plane surface of the first substrate in a longitudinal direction and in. a lateral direction, respectively, to form four grooves along four boundary sides of the working area or the fixed area, thus allowing the flexible areas to have flexibility by these grooves,

connecting a first plane surface of the second substrate to the second surface of the first substrate,

cutting the second substrate to thereby form, within each unit area, a working body connected to the working area of the first substrate and comprised of a portion of the second substrate, and a pedestal connected to the fixed area of the first substrate and comprised of a portion of the second substrate, and

cutting off, every unit area, the first and second substrates to form sensors independent each other.

In accordance with the sixth feature, a plurality of unit areas are defined on the first substrate, and the processing proceeds at the same time with respect to respective plurality of unit areas. Finally, one unit area will constitute one sensor unit. A plurality of grooves are dug in a longitudinal direction and in a lateral direction on the second plane surface of

11

the first substrate, respectively. Within each unit area, respective four grooves are formed along four boundary sides of the working area or the fixed area. By these grooves, flexibility is given to the flexible area. Since it is sufficient to form grooves longitudinally and laterally in a matrix form, these grooves can be easily dug by mechanical processing. Thus, precise grooves can be efficiently formed.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a cross sectional view of an acceleration sensor subject to the application of this invention,

FIG. 2 is a top view of a semiconductor pellet serving as the center of the sensor of FIG. 1,

FIG. 3 is a top view of a weight body and a pedestal of the sensor of FIG. 1,

FIG. 4 is a top view of a lower part control member of the sensor of FIG. 1,

FIG. 5 is a bottom view of an upper part control member of the sensor of FIG. 1,

FIGS. 6a to 6c are circuit diagrams of a bridge constructed with respect to the sensor of FIG. 1, respectively,

FIGS. 7a to 7c show stress distribution diagrams when a force in the X-axis direction is exerted on the sensor shown in FIG. 1, respectively,

FIGS. 8a to 8c show stress distribution diagrams when e force in the Y-axis direction is exerted on the sensor shown in FIG. 1, respectively,

FIGS. 9a to 9c show stress distribution diagrams when a force in the Z-axis direction is exerted on the sensor shown in FIG. 1, respectively,

FIG. 10 is a table showing the detecting operation of the sensor shown in FIG. 1,

FIG. 11 is a block diagram of a signal processing circuit for an acceleration detector according to this invention,

FIG. 12 is a block diagram of a signal processing circuit for another acceleration detector according to this invention,

FIG. 13 is an actual circuit diagram of a multiplier used in the signal processing circuit of this invention,

FIG. 14 is an actual circuit diagram of an adder used in the signal processing circuit of this invention,

FIG. 15 is a circuit diagram of an actual circuit both serving as a multiplier and an adder used in the signal processing circuit of this invention,

FIG. 16 is an actual partial circuit diagram of a signal processing circuit for an acceleration detector according to this invention,

FIG. 17 is a perspective view showing the state where an electrode layer is formed on the weight body and the pedestal of the sensor of FIG. 1,

FIG. 18 is a top view showing the state where an electrode layer is formed on the semiconductor pellet of the sensor of FIG. 1,

FIG. 19 is a cross sectional view showing the state where electrode layers are formed on respective portions of the center portion of the sensor of FIG. 1,

FIGS. 20 to 22 are cross sectional views showing displacement states of the center portion of the sensor of FIG. 1, respectively,

FIG. 23 is a top view showing the state where practical electrode layers are formed on the semiconductor pellet of the sensor of FIG. 1,

FIG. 24 is a cross sectional view showing the state where practical electrode layers are formed at predetermined portions,

12

FIG. 25 is,a cross sectional view showing the state where electrode layers according to a different embodiment are formed at predetermined portions of the center portion of the sensor of FIG. 1,

FIG. 26 is a top view showing the state where electrode layers according to a further different embodiment are formed on the semiconductor pellet of the sensor of FIG. 1,

FIG. 27 is a bottom view showing the state where electrode layers according to a different embodiment are formed on the upper part control member of the sensor of FIG. 1,

FIG. 28 is a cross sectional view showing the state where electrode layers according to a further different embodiment are formed at predetermined portions of the center portion of the sensor of FIG. 1,

FIG. 29 is a cross sectional view showing the state where electrode layers according to a still further different embodiment are formed at predetermined portions of the center portion of the sensor of FIG. 1,

FIG. 30a is a model view showing a method of applying voltage in order to realize the same state as the state where a force in a Z direction is exerted on the weight body of the sensor shown in FIG. 1,

FIG. 30b is a model view showing a method of applying a voltage in order to realize the same state as the state where a force in a –Z direction is exerted on the weight body of the sensor shown in FIG. 1,

FIG. 31 is a cross sectional view of the structure of an acceleration sensor according to an embodiment of this invention,

FIG. 32 is a perspective view of the center portion of the sensor shown in FIG. 31,

FIG. 33 is a cross sectional view of the detail of the center portion shown in FIG. 32.

FIG. 34 is a top view of the semiconductor pellet 310 shown in FIG. 33,

FIG. 35 is a top view of the weight body 320 and the pedestal 330 shown in FIG. 33,

FIG. 36 is a top view of the control substrate 340 shown in FIG. 33,

FIGS. 37 and 38 are a side cross sectional view and a top view of the auxiliary substrate 350 from which the weight body 320 and the pedestal 330 shown in FIG. 35 are basically formed,

FIG. 39 is a view showing the position where the weight body 320 is connected to the semiconductor pellet 310 shown in FIG. 33,

FIGS. 40 and 41 are a side cross sectional view and a top view showing an auxiliary substrate according to a different embodiment of this invention, respectively,

FIGS. 42 and 43 are a side cross sectional view and a bottom view showing a semiconductor pellet according to a further different embodiment of this invention, respectively,

FIG. 44 is a view showing the position where the weight body 310 is connected to the semiconductor pellet 310' shown in FIG. 43,

FIG. 45 is a side cross sectional view of the structure of an acceleration sensor according to a further different embodiment of this invention,

FIGS. 46 and 47 are cross sectional views of a force sensor according to an embodiment of this invention, respectively,

FIG. 48 is an explanatory view of a conventional air bag system,

FIG. **49** is an explanatory view of an air bag system utilizing an acceleration sensor according to this invention,

FIG. **50** is a view showing the principle of the design of dimension according to this invention,

FIG. **51** is a side cross sectional view showing the structure when a testing method peculiar a sensor according to this invention is applied, and

FIG. **52** is a top view of the control substrate **340** shown in FIG. **51**.

### BEST MODE FOR CARRYING OUT THE INVENTION

§1 Basic Structure of the Sensor

1.1 Structure of the Acceleration Sensor

This invention can be widely applied, in general, to an apparatus for detecting a physical quantity exerted as an external force, and can be utilized not only to a force sensor but also to an acceleration sensor, or a magnetic sensor. In other words, all sensors are common in the basic structure of the central portion thereof. Accordingly, the object to which this invention is applied will be briefly described by taking an example of an acceleration sensor.

FIG. **1** is a structural cross sectional view showing an example of an acceleration sensor. The component serving as the central unit of this sensor is a semiconductor pellet **10**. In this example, a single crystal substrate of silicon is used. The top view of the semiconductor pellet **10** is shown in FIG. **2**. The cross section of the semiconductor pellet **10** shown at the central portion of FIG. **1** corresponds to the cross section cut along the X-axis of FIG. **2**. This semiconductor pellet **10** is divided into three areas of a working portion **11**, a flexible portion **12**, and a fixed portion **13** in order from the inside toward the outside. As indicated by broken lines in FIG. **2**, an annular groove is formed on the side of the lower surface of the flexible portion **12**. The thickness of the flexible portion **12** is allowed to be thin by this. groove to have flexibility. Accordingly, when a force is exerted on the working portion **11** with the fixed portion **13** being fixed, the flexible portion **12** is bent to produce a mechanical deformation. Thus, the semiconductor pellet **10** has a function as a strain generative body. On the upper surface of the flexible portion **12**, as shown in FIG. **2**, resistance elements Rx1 to Rx4, Ry1 to Ry4, and Rz1 to Rz4 are formed in predetermined directions, respectively.

As shown in FIG. **1**, a weight body **20** is connected at the lower part of the fixed portion **13**, and pedestals **21** and **22** are connected at the lower part of the fixed portion **13**. Since a silicon substrate is used as the semiconductor pellet **10**, it is preferable to use borosilicate glass such as Pyrex, etc., having a coefficient of thermal expansion nearly equal to that of silicon. Further, although not shown in FIG. **1**, pedestals **23** and **24** are further arranged in a direction perpendicular to plane surface of paper, and pedestals **21a** to **24a** are arranged in an oblique direction. How they are arranged is clearly shown in FIG. **3** showing the upper surface of only the weight body **20** and the pedestals **21** to **24**, and **21a** to **24a**. The cross section shown in FIG. **1** corresponds to the cross section cut along the cutting-plane line 1—1 of FIG. **3**. It is to be noted that the reason why the pedestals are arranged in the state as shown in FIG. **3** is due to the fact that the manufacturing process disclosed in the U.S. patent application Ser. No. 526837 (European Patent Application No. 90110066.9) has been carried out. Make reference to this specification in connection with the detail thereof. A control member **30** is connected at the lower parts of the pedestals **21** to **24**. The top view of the control member **30** is shown in FIG. **4**. A square groove **31** (the hatched portion

in FIG. **4**: As described later, the hatched portion of this figure does not indicate the cross section, but indicates the portion where an electrode is to be formed) is formed on the upper surface of the control member **30**. The cross section shown in FIG. **1** corresponds to the cross section along the cutting-plane line 1—1 of FIG. **4**. A control member **40** is fitted over the upper surface of the semiconductor pellet **10**. The lower surface of the control member **40** is shown in FIG. **5**. A square groove (the hatched portion in FIG. **5**: As described later, the hatched portion of this figure does not indicate the cross section, but indicates the portion where an electrode is to be formed) is formed on the lower surface of the control member **40**. The cross section shown in FIG. **1** corresponds to. the cross section cut along the cutting-plane line 1—1 of FIG. **5**.

The bottom surface of the control member **30** is connected to the inside bottom surface of a package **50**, as shown in FIG. **1**, and the semiconductor pellet **10** and the weight body **20** are supported by the pedestals **21** to **24**, and **21a** to **24a**. The weight body **20** is in a hanging state within the sensor body. A cover **51** is fitted over the package **50**. Bonding pads **14** provided on the semiconductor pellet **10** are electrically connected to respective resistance elements within the pellet. These bonding pads **14** and leads **52** for external wiring provided on the sides of the package are connected by means of bonding wires **15**.

When an acceleration is applied to this sensor, an external force is exerted on the weight body **20**. This external force is transmitted to the working portion **11**. As a result, a mechanical deformation is produced in the flexible portion **12**. Thus, there occur changes in the electric resistance values of the resistance elements. Such changes can be taken out to the external through bonding wires **15** and leads **52**. A component in the X-direction of a force applied to the working portion **11** is detected by changes in the electric resistance values of the resistance elements Rx1 to Rx4. A component in the Y-direction thereof is detected by changes in the electric resistance values of the resistance elements Ry1 to Ry4, and a component in the Z-direction thereof is detected by the electric resistance values of the resistance elements Rz1 to Rz4. This detection method will be described later.

In the case where this sensor is put into practice as an acceleration sensor, when a large acceleration is applied, an excessive force is exerted on the weight body **20**. As a result, a large mechanical deformation is produced in the flexible portion **12**, resulting in the possibility that the semiconductor pellet **10** may be broken. To prevent such a breakage, in the case of the sensor shown in FIG. **1**, the control members **30** and **40** are provided. The control member **30** serves to effect a control such that a displacement in a lower direction of the weight body **20** does not exceed an allowed value, and the control member **40** serves to effect a control such that a displacement in an upper direction of the weight body **20** (the working portion **11** in practice) does not exceed an allowed value. Further, pedestals **21** to **24** serve to effect a control such that a displacement in a lateral direction of the weight body **20** does not exceed an allowed value. Even if an excessive external force is exerted on the weight body **20** to exceed to the above-described allowed value so that the weight body **20** attempts to move, the weight body **20** collides with these members, so the movement thereof is prevented. Eventually, there is no possibility that a mechanical deformation more than an allowed value is applied to the semiconductor pellet **10**. Thus, the semiconductor pellet **10** is protected from being broken.

As shown in FIG. **2**, a plurality of resistance elements R (Rx1 to Rx4, Ry1 to Ry4, Rz1 to Rz4) are formed on the

15                                                    16

upper surface of the semiconductor pellet **10**. These resistance elements R are resistance elements having the piezo resistive effect that the electric resistance varies in dependency upon a mechanical deformation, and are arranged on the upper surface of the flexible portion **12** in predetermined directions, respectively. Leads **52** for external wiring are introduced from the inside of the package **50** to the outside in a manner to pass through wiring holes at the side surfaces. The inside terminals of the leads **52** for external wiring are connected to bonding pads **14** (of which indication is omitted in FIG. 1) provided on the fixed portion **13** of the semiconductor pellet **10**. These bonding pads **14** are connected to the resistance elements R by a wiring pattern (not shown). Accordingly, if the leads **52** for external wiring are electrically connected to an external control unit (of which indication is omitted), changes in the resistance values of the resistance elements R can be measured by the external control unit.

1.2 Operation of the Acceleration Sensor

Assuming now that an X-axis, a Y-axis and a Z-axis are taken in a right direction of FIG. **2**, in an upper direction thereof, and in a direction perpendicular to the plane surface of paper (in an upper direction of the figure in FIG. 1), respectively, an XYZ three-dimensional coordinate system is defined. In this coordinate system, four resistance elements Rx1 to Rx4 are arranged on the X-axis, and are used for detection of an acceleration component in the X-axis direction; four resistance elements Ry1 to Ry4 are arranged on the Y-axis, and are used for detection of an acceleration commonent in the Y-axis direction; and four resistance elements Rz1 to Rz4 are arranged along the X-axis in the vicinity of the X-axis, and are used for detection of an acceleration component in the Z-axis direction. While resistance elements Rz1 to Rz4 may be arranged on an arbitrary axis, it is preferable to arrange them at suitable positions where crystal dependency of the piezo resistive effect is taken into consideration. As previously described, these respective resistance elements R are electrically connected to the external control unit through leads **52** for external wiring. Within the control unit, bridge circuits as shown in FIGS. **6a** to **6c** are constructed with respect to respective resistance elements R. Namely, with respect to resistance elements Rx1 to Rx4, a bridge circuit as shown in FIG. **6a** is constructed; with respect to resistance elements Ry1 to Ry4, a bridge circuit as shown in FIG. **6b** is construcred; and with respect to resistance elements Rz1 to Rz4, a bridge circuit as shown in FIG. **6c** is constructed. Predetermined voltages or currents are delivered from power supplies **60** from the bridge circuits, respectively. Thus, bridge voltages are measured by voltage meters **61**, **62** and **63**, respectively.

As shown in FIG. **1**, the weight body **20** is in a hanging state within a central portion space encompassed by the peripheral pedestals **21** to **24**. When an acceleration is applied to the package **50**, an external force is exerted on the weight body **20** due to this acceleration. As a result, the weight body **20** is subjected to displacement from a fixed position. Accordingly, the working portion **11** connected to the weight body is also subjected to displacement from the fixed position. A mechanical strain produced by this displacement is absorbed by a mechanical deformation of the flexible portion **12**. When there occurs a mechanical deformation in the flexible portion **12**, the electric resistance values of the resistance elements R formed on the flexible portion **12** vary. As a result, the equilibrium conditions of the bridge circuits shown in FIGS. **6a** to **6c** are broken, so needles of the voltage meters **61**, **62** and **63** swing. This is the basic principle of detection of acceleration by this apparatus.

Now, when resistance elements R are arranged as shown in FIG. **2**, an acceleration component in the X-axis direction is detected by the voltage meter **61**, an acceleration component in the Y-axis direction is detected by the voltage meter **62**, and an acceleration component in the Z-axis direction is detected in the bridge circuits of FIGS. **6a** to **6c**. The reason therefor will now be described.

FIGS. **7a** to **7c** are model views showing stress strain applied to each resistance element R when a force Fx in the X-axis direction is exerted on the weight body **20**. FIG. **7a** shows a stress distribution in the cross section along the resistance elements Rx1 to Rx4, FIG. **7b** shows a stress distribution in the cross section along the resistance elements Ry1 to Ry4, and FIG. **7c** shows a stress distribution in the cross section along the resistance elements Rz1 to Rz4. In these stress distributions, an expanding direction is indicated by sign+and a contracting direction is indicated by sign. For example, FIG. **7a** shows a stress distribution in the cross section along the resistance elements R1 to R4 when a force Fx in an X-direction is exerted on the weight body **20**. The force Fx exerted on the weight body **20** acts as a moment force on the surface of the semiconductor pellet **10**. As a result, mechanical deformations in a contracting direction are produced with respect to resistance elements Rx1 and Rx3, and mechanical deformations in an expanding direction are produced with respect to resistance elements Rx2 and Rx4. On the contrary, with respect to resistance elements Ry1 to Ry4, as shown in FIG. **7b**, stress does not change. This is because the arrangement direction (Y-axis direction) of the resistance elements Ry1 to Ry4 is orthogonal to the direction of the force Fx. With respect to resistance elements Rz1 to Rz4, as show in FIG. **7c**, the same changes as those of the resistance elements Rx1 to Rx4 occur. Similarly, the stress distributions produced in respective resistance elements R in the case where a force Fy in a Y-axis direction is exerted are shown in FIGS. **8a** to **8c**, and the stress distributions produced in respective resistance elements R in the case where a force Fz in a Z-axis direction is exerted are shown in FIGS. **9a** to **9c**. Here, if there is used a resistance element having a property such that the resistance value increases with respect to a mechanical deformation in an expanding direction, and that the resistance value decreases with respect to a mechanical deformation in a contracting direction, the relationship between forces Fx, Fy and Fz exerted on the weight body **20** and changes in the resistance values of respective resistance elements R is as shown in the Table of FIG. **10**. Here, sign+and sign−indicate an increase in the resistance value and a decrease in the resistance value, and 0 indicates that the resistance value is unchanged.

By making reference to this Table and the bridge circuits of FIGS. **6a** to **6c**, it will be understood that a force Fx is detected by the voltage meter **61**, a force Fy is detected by the voltage meter **62**, and a force Fz is detected by the voltage meter **63**. For example, in the case where a force Fx is exerted, since resistance values of one opposite sides both increase, whereas resistance values of the other opposite. sides both decreases in the bridge circuit of FIG. **6a**, the needle of the voltage meter **61** swings. However, since there is no change in either resistance value in the bridge circuit of FIG. **6b**, the needle of the voltage meter **62** does not swing. In addition, since the resistance values of one resistance constituting respective opposite sides increase, whereas those of the other resistance decrease in the bridge circuit of FIG. **6c**, they are eventually canceled with each other, so that the needle of the voltage meter **63** does not swing. Thus, components in respective components of an

US 6,512,364 B1

17

acceleration exerted on the detector body are detected as swings of the needles of the voltage meters **61** to **63**.

It is to be noted that while explanation has been given in connection with a three dimensional acceleration detector for components in an acceleration direction of all the three axes of XYZ, a two dimensional acceleration detector for detecting components in an acceleration direction with respect to two axes of XY, YZ or XZ may be similarly constructed. In this case, it is sufficient to provide only resistance elements and bridge circuits with respect to two axes. Further, while there has been shown here the example where three sets of bridges are used to detect respective acceleration components in three axis directions, this invention can be applied to an apparatus in which two sets of bridges are used to detect respective acceleration components in three axial directions (e.g., U.S. Pat. No. 4,745,812). In addition, while explanation has been made here by taking an example of an acceleration detector, if a magnetic body is used instead of the weight body **20**, this detector serves as a magnetic detector for detecting magnetism exerted on a magnetic body, and if there is employed a structure such that an external force is directly exerted to the weight body **20**, the detector serves as a force detector.

## §2 Signal Processing Circuit

### 2.1 Basic Principle of the Signal Processing

A signal processing circuit according to this invention will now be described. As described above, force (or acceleration or magnetism) subject to detection, is detected with respect to the component in the X-axis direction by voltage value Vx at the voltage meter **61**, is detected with respect to the component in the Y-axis direction by voltage value Vy at the voltage meter **62**, and is detected with respect to the component in the Z-axis direction by voltage value Vz at the voltage meter **63**. It is to be noted that, in an apparatus for detecting components in three axis directions by using two sets of bridges, voltage values obtained by performing computation on the basis of bridge voltages are used as Vx, Vy and Vz in place of bridge voltage themselves. Assuming that respective resistance elements R are arranged as shown in FIG. **2**, under the condition where these respective resistance elements all have the same resistance value and all have the same temperature characteristic, and resistance changes due to distortion are all equal to each other, components in respective axial directions thus detected are provided as entirely independent detected values from a theoretical point of view, giving rise to no interference. However, in the case of actually forming respective resistance elements, since such an ideal condition is not provided, interference would occur between detected values. How this interference occurs can be actually measured. Namely, an approach is employed to exert a force (or acceleration or magnetism) having an already known magnitude in a predetermined direction to make an actual measurement of detected values (reads of respective voltage meters) obtained at this time. As a result, it is known that a characteristic matrix expressed below is provided:

$$\begin{bmatrix} Vx \\ Vy \\ Vz \end{bmatrix} = \begin{bmatrix} P11 & P12 & P13 \\ P21 & P22 & P23 \\ P31 & P32 & P33 \end{bmatrix} \begin{bmatrix} Ax \\ Ay \\ Az \end{bmatrix}$$

where Vx, Vy and Vz are readings of voltage meters **61**, **62** and **63**, respectively, and Ax, Ay and Az are component values in respective directions of a force (acceleration or

18

magnetism) actually exerted. Further, P **11** to P **33** are coefficients constituting the characteristic matrix. This determinant can be rewritten as follows.

$$\begin{bmatrix} Ax \\ Ay \\ Az \end{bmatrix} = \begin{bmatrix} P11 & P12 & P13 \\ P21 & P22 & P23 \\ P31 & P32 & P33 \end{bmatrix}^{-1} \begin{bmatrix} Vx \\ Vy \\ Vz \end{bmatrix} = \begin{bmatrix} K11 & K12 & K13 \\ K21 & K22 & K23 \\ K31 & K32 & K33 \end{bmatrix} \begin{bmatrix} Vx \\ Vy \\ Vz \end{bmatrix}$$

Here, the matrix using coefficients K11 to K33 is an inverse matrix of the matrix using coefficients P11 to P33. This determinant is written by a general expression as follows:

$$Ax = K11Vx + K12Vy + K13Vz$$

$$Ay = K21Vx + K22Vy + K23Vz$$

$$Az = K31Vx + K32Vy + K33Vz$$

Accordingly, when the above described operation using coefficients K11 to K33 is performed. with respect to voltage values Vx, Vy and Vz obtained at voltage meters **61** to **63**, correct detected values Ax, Ay and Az free from interference can be provided.

### 2.2 Actual Circuit Configuration

The signal processing circuit of this invention is constructed to perform this operation by an analog circuit. This circuit is shown, in a block form, in FIG. **11**. Here, Vx, Vy and Vz are analog signals obtained at voltage meters **61** to **63**, respectively. Blocks **101** to **109** labeled coefficients K11 to K33 are analog multipliers for multiplying respective coefficient values, and blocks **111** to **113** indicated by +sign are analog adders. When a circuit of such a configuration is used, correct detected values Ax, Ay and Az are provided as output voltages of the adders **111** to **113**. This is readily understood from the fact that this circuit corresponds to the above describe operational equation.

The circuit with respect to the three dimensional detector has been described as above. With respect to the two dimensional detector, it is sufficient that the operation expressed below can be performed:

$$Ax = K11Vx + K12Vy$$

$$Ay = K21Vx + K22Vy$$

Accordingly, a circuit shown, in a block form, in FIG. **12** may be used for this purpose. Blocks **201** to **204** are analog multipliers for multiplying respective coefficient values, and correct detected values Ax and Ay are provided as output voltages from adders **211** and **212**.

It is to be noted that nine coefficients are used in the case of the three dimensional detector, and our coefficients are used in the two dimensional detector. In the case where the coefficient values are zero, any multiplier therefor becomes unnecessary.

An example of the actual circuit configuration of the multiplier and the adder shown, in a block form, in FIGS. **11** and **12** will now be described. FIG. **13** is a circuit diagram showing an example of the configuration of the multiplier. When a voltage Vin is applied to the input side of the operational amplifier OP1, a voltage Vout is provided on the output side. Here, when it is assumed that R3 is expressed as R3=R1//R2 (//indicates the resistance value when two resistors are connected in parallel), the following relationship holds:

$$Vout = -(R2/R1) \cdot Vin$$

Accordingly, this operational amplifier functions as a multiplier for multiplying coefficient−(R2/R1). On the other

US 6,512,364 B1

19

20

hand, FIG. **14** is a circuit diagram showing an example of the configuration of the adder. It is sufficient to use resistors R all having the same resistance value. When voltages Vin1, Vin2 and Vin3 are applied to the input side of the operational amplifier OP**2**, a voltage Vout is provided on the output side. Here, the voltage Vout is expressed as follows:

$$Vout=(Vin1+Vin2+Vin3)\cdot 2/3$$

Accordingly, addition of an input voltage can be carried out. A circuit having both the multiplier and the adder is shown in FIG. **15**. When voltages Vin1, Vin2 and Vin3 are applied to the input side of the operational amplifier OP **3**, a voltage Vout is provided on the output side. Here, Vout is expressed as follows:

$$Vout=-((R4/R1)\cdot Vin1$$

$$+(R4/R2)\cdot Vin2$$

$$+(R4/R3)\cdot Vin3)$$

Namely, this circuit performs a function doubling as a multiplier and an adder.

FIG. **16** is a diagram showing an actual circuit for performing an operation expressed below by using the multiplier shown in FIG. **13** and the adder shown in FIG. **14**:

$$Ax=(K11Vx+K12Vy+K13Vz)\cdot 2/3$$

Here, an example of the circuit configuration in the case of K11>0, K12<0 and K13>0 is shown. Voltages Vx, Vy and Vz are voltages when voltages appearing on the voltage meters **61** to **63** of FIGS. **6a** to **6c** are applied as they are, respectively. These voltages are amplified by the operational amplifiers OP**4**, OP**5** and OP**6** so that they are equal to values −K11 times, −K12 times and −K13 times larger than Vx, Vy and Vz, respectively. To realize this, it is sufficient that it is assumed that the relationships expressed as |R13|= R11//R12, |R23|=R21//R22, and |R33|=R31//R32 hold, and that respective resistance values are set so that |K11|=R12/ R11, |K12|=R22/R21 and |K13|=R32/R31 hold. By this amplifying operation, sign is inverted. With respect to Vy, since K12<0, it is sufficient that the sign remains in an inverted state. In contrast, with respect to Vx and Vz, since K11>0 and K13>0, it is necessary to invert the sign for a second time to convert the sign to the original one for a second time. In view of this, by operational amplifiers OP**7** and OP**8**, inversion of sign is carried out. Assuming now that R14=R15=2·R16 and R34=R35=2·R36 hold, the amplification factors of the operational amplifiers OP**7** and OP**8** are equal to 1 to serve as a function to merely invert the sign. Thus, respective values of K11Vx, K12Vy and K13Vz are determined, and voltages corresponding to these values are applied to the operational amplifier OP**9**. Here, when it is assumed that R41=R42=R43=R44=R45 holds, the operational amplifier OP**9** functions as an adder. Thus, an output voltage Vout expressed below is outputted:

$$Vout=(K11Vx+K12Vy+K13Vz)\cdot 2/3$$

This output voltage Vout corresponds to a detected value Ax to-be determined.

2.3 Other Embodiments

An example of the signal processing circuit for force detector according to this invention has been described with reference to FIG. **16**. In addition, this invention can be realized by using various circuits. As the multiplier and the adder in this invention, any circuit capable of effecting multiplication and addition by analog processing may be

used. Further, it is not necessary to constitute the multiplier and the adder with separate circuit elements, respectively. For example, if a circuit as shown in FIG. **15** is used, a single operational amplifier OP **3** can serve as both the multiplier and the adder. This is advantageous in that the number of parts can be reduced. It is to be noted that, in the case of utilizing this circuit, it is necessary to allow input voltages Vin1, Vin2 and Vin3 to have sign in consideration of the sign of the coefficient K. Further, an approach may be employed to provide three resistors to connect them in a Y form such that their one ends are commonly connected to apply voltages to respective the other ends, thus to take out an output from the common terminal. Anyway, in the case where an approach is employed to perform corrective operation by such an analog circuit, the cost can be lower than that in the case where corrective operation is carried out by the digital circuit, and the operation is completed at a speed higher than that in the latter case. Accordingly, this is advantageous in the case where there is such a necessity to measure a momentary phenomenon. Particularly, in the case of the acceleration detector, there is such a use to detect shock at the time of collision. If this invention is applied to such a use, a correct measured value can be momentarily obtained. As stated above, the signal processing circuit according to this invention can be widely applied mainly to a force detector, and further to an acceleration detector or a magnetic detector, etc. While the acceleration detector has been described in the embodiment of this application, this invention can be widely applied to a force detector or a magnetic detector.

2.4 Advantages with this Processing Circuit

As described above, in accordance with a processing circuit for an acceleration detector of this invention, an approach is employed to determine in advance an inverse matrix of the characteristic matrix showing how interference produced between components in respective axial directions is to carry out corrective operation using this inverse matrix by the analog circuit, thus making it possible to momentarily provide correct measured values in which the influence of interference is canceled by using a low cost circuit.

§3 Test of the Sensor

3.1 Principle of a Test Method According to this Invention

The method of mass producing acceleration sensors as shown in the previously described §1 is disclosed in the specification of the previously U.S. patent application Ser. No. 526837 (European Patent Application No. 90110066.9). Prior to shipping or forwarding such sensors as the products, it is necessary to conduct a test as to whether or not there is any problem in the function as the acceleration sensor. As this test method, an approach may be employed to give vibration to this acceleration sensor by means of a vibration generator to check an output from the sensor at this time to thereby conduct a test. However, as previously described, the testing apparatus becomes large and only a dynamic characteristic can. be provided. Particularly, since this sensor can detect an acceleration in all directions of X, Y and Z in the three dimensional coordinate system, it is necessary to give-vibration in consideration of directions of three dimensions. As a result, the testing apparatus becomes considerably complicated.

In accordance with the testing method according to this invention, the sensor can be placed in the same environment where an acceleration is exerted without actually applying acceleration to the sensor. The basic principle is as follows. Initially, several electrode layers are formed at predetermined portions within the sensor. For this electrode layer,

US 6,512,364 B1

21

any layer comprised of a conductive material may be used. Actually, it is sufficient to form thin layers in metal such as aluminum at predetermined portions by vacuum deposition or sputtering. In this case, it is preferable to coat the upper surface of the aluminum with $SiO_2$ film or SiN film for protection of the surface. The electrode layers are formed at respective portions as described below. Initially, as shown in FIG. 4, an electrode layer El (indicated by hatching in the figure) is formed within the groove 31 provided in the control member 30, and, as shown in FIG. 5, an electrode layer E2 (indicated by hatching in the figure) is formed in the groove 41 provided in the control member 40. Further, as shown in FIG. 17, an electrode layer E3 (indicated by hatching in the figure: although formed over five surfaces, this layer is a single electrode layer electrically conductive) is formed on the entire side surfaces and the bottom surface of the weight body 20, and electrode layers E4 to E7 (indicated by hatching in the figure) are formed on respective inside surfaces of pedestals 21 to 24, respectively. Further, on the upper surface of the semiconductor pellet 10, as shown in FIG. 18, an electrode layer E8 (indicated by hatching) is formed so as to avoid resistance elements R. In this way, in FIGS. 4, 5, 17 and 18, electrode layers are formed in the hatched areas, respectively. As a result, the cross sectional view of the sensor center portion within the package is as shown in FIG. 19 (In FIG. 19, the hatched portions indicate electrode layers, and hatchings indicating the cross section is omitted because the figure becomes intricate). By FIG. 19, the relative positional relationship of respective electrode layers E1 to E8 can be understood. The wave lines in FIG. 19 indicate wirings with respect to respective electrode layers. Such wirings can be connected to the lead 52 for external wiring (refer to FIG. 1) outside the package by means of bonding wire. In addition, wiring is implemented to the electrode layer E3 formed on the weight body 20 by means of bonding wires 25.

The feature of the respective electrode layers E1 to E8 formed in this way is that they are formed at opposite positions every paired electrode layers, respectively. Namely, as. shown in FIG. 19, E 2: E 8, E3:E4, E3:E5, E3:E6, E3:E7, E3:E1 are formed at positions opposite to each other (five surfaces of the electrode layer E3 are opposite to different electrode layers, respectively). When voltages are applied to electrodes opposite in this way, respectively, coloumb forces are exerted between the respective both electrode layers. Namely, when voltages of the same polarity are applied to the both electrode layers, a repulsive force is exerted, while when voltages of different polarities are applied thereto, an attractive force is exerted. When a voltage is now assumed to be applied so that a repulsive force is exerted between E3 and E4 and an attractive force is exerted between E3 and E5, there takes place the same phenomenon as that where a force in the X direction is exerted on the weight body 20. In other words, this sensor can be placed under the same environment as that where an acceleration in the −X direction is exerted on the sensor body (when an acceleration is exerted on the sensor body, an inertia force in a direction opposite to the above is exerted on the weight body). Under this environment, whether or not an output corresponding to changes in the resistance values of the resistance elements, which indicates an acceleration in the −X direction, is detected is examined, thereby making it possible to conduct a test with respect to the acceleration in the −X direction. If an attractive force and a repulsive force are exerted in an opposite manner, a test with respect to the acceleration in the +X direction can be conducted. Exactly in the same manner, if voltages are

22

applied so that an attractive force is exerted between E3 and E6, and a repulsive force is exerted between E3 and E7, a test with respect to the acceleration in the Y direction (upper direction perpendicular to plane surface of paper of FIG. 19) can be conducted. If an attractive force and a repulsive force are exerted in an opposite manner, a test with respect to the acceleration in the +Y direction (lower direction perpendicular to plane surface of paper of FIG. 19) can be conducted. Further, if voltages are applied so that an attractive force is exerted between E2 and E8, and a repulsive force is exerted between E3 and E1, a test with respect to the acceleration in the −Z direction can be conducted. If an attractive force and a repulsive force are exerted in an opposite manner, a test with respect to the acceleration in the +Z direction can be conducted. As previously described, since respective electrode layers and respective resistance elements for detection of acceleration are both electrically connected to leads 52 (refer to FIG. 1) outside the package by means of bonding wires, the above described test can be conducted by an operation to only monitor an acceleration detected signal outputted from a predetermined lead terminal while simply applying a predetermined voltage to the predetermined lead terminal. As stated above, in accordance with the testing method according to this invention, it is possible to carry out an acceleration detecting test with respect to all directions of three dimensions extremely with ease.

3.2 More Practical Embodiment

With respect to embodiment shown in FIG. 19, it is necessary to form electrode layers at considerably large number of portions. Accordingly, this embodiment is not so practical. It is preferable to carry out an acceleration detecting test with respect to all directions of three dimensions by electrode layers provided at necessary and minimum portions if possible. Let now suppose the following model. FIG. 20 is a cross sectional view of the center portion of the acceleration sensor. Points P1 and P2 are taken at two portions on the semiconductor pellet 10, and points Q1 and Q2 are taken at two portions inside the control member 40. In this case, the points P1 and Q1 are opposite to each other, and the points P2 and Q2 are opposite to each other. When it is now assumed that an attractive force is exerted between the points P1 and Q1, and a repulsive force is exerted between the points P2 and Q2, the points P1 and P2 are subjected to displacement relative to the points Q1 and Q2. As a result, as shown in FIG. 21, the semiconductor pellet 10 produces a mechanical deformation. This state is the same state where a force Fx in the +X direction is exerted on the weight body 20. In other words, this state is the same state where an acceleration in the −X direction is exerted on the sensor body. Further, if an attractive force and a repulsive force are exerted in an opposite manner, there results the same state as the state where an acceleration in the +X direction is exerted. Thus, it is seen that if electrode layers are formed at predetermined portions on the upper surface of the semiconductor pellet 10 and at predetermined portions on the lower surface of the control member 40, an acceleration detecting test in the ±X direction can be conducted. An acceleration detecting test in the ±Y direction can be similarly carried out by varying the positions of electrode layers by an angle of 90 degrees. When a repulsive force is exerted between the points P1 and Q1 and a repulsive force is also exerted between the points P2 and Q2, there results the same state as the state where a force Fz in the Z direction is exerted on the weight body 20 as shown in FIG. 22. In other words, there results the same state as the state where an acceleration in the +Z direction is exerted on the sensor

US 6,512,364 B1

23

body. Further, if an attractive force is exerted both between the points P1 and Q1 and between the points P2 and Q2, there results the same state as the state where an acceleration in the −Z direction is exerted. Thus, it is seen that electrode layers are formed at predetermined portions on the upper surface of the semiconductor pellet 10 and at predetermined portions on the lower surface of the control member 40, thereby making it possible to conduct an acceleration testing test in the ±Z direction.

As stated above, eventually, if electrode layers are formed at predetermined portions on the upper surface of the semiconductor pellet 10 and at predetermined portions on the lower surface of the control member 40, it is possible to carry out an acceleration detecting test with respect to all directions of three dimensions. A further practical example of the electrode layer arrangement will now be described. Initially, on the upper surface of the semiconductor pellet 10, as indicated by hatching (which does not indicate the cross section) in FIG. 23, four electrode layers E9 to E12 are formed. Respective electrode layers are formed so as to avoid the areas where resistor elements R are formed, and are connected to bonding pads B9 to B12 by means of wiring layers W9 to W12, respectively. Bonding wires (not shown) are connected to bonding pads B9 to B12, and electrical connections with respect to leads outside the package are finally implemented. Although not shown in FIG. 23, the resistance elements R are also connected to the bonding pads 14, respectively, and are electrically connected to leads outside the package. On the semiconductor pellet 10, wiring layers such as aluminum, etc. are formed in order to carry out wirings with respect to resistance elements R. In this case, for forming electrode layers E9 to E12 or wiring layers W9 to W12, it is preferable to use the same mask as that for the wiring layers such as aluminum, etc. Thus, by only adding the work for altering the conventional mask pattern, it is possible to form additional electrode layers E9 to E12 or wiring layers W9 to W12 for test. Of course, electrode layers E9 to E12 or wiring layers W9 to W12 may be formed as a diffused layer by making use of the diffusion process for forming gauge resistors, etc. The manufacturing process for the semiconductor pellet 10 can employ exactly the same process as that of the prior art. On the other hand, the electrode layer E2 shown in FIG. 5 may be formed on the lower surface of the control member 40. This may be accomplished by allowing aluminum, etc. to adhere on the surface by vacuum deposition or sputtering. While the electrode layer E2 shown in FIG. 5 is formed as a physically single electrode layer, an approach may be of course employed to allow this electrode layer E2 to be comprised of physically plural electrodes to electrically connect these electrodes so that they have the same potential, thus to constitute this electrode layer with "electrode layer which is divided into a plurality of electrode sections from a physical point of view, but is formed as a single electrode layer from an electric point of view". The cross sectional view when electrode layers as described above are formed is shown in FIG. 24. Wiring indicated by the wave lines in the figure is implemented to the electrode layer E2, and is further connected to external leads. In this way, a single electrode layer E2 is formed as one electrode layer, and four subelectrode layers E9 to E12 are formed as the other electrode layers opposite to the single electrode layer.

To conduct a test for such an acceleration sensor, by employing the following approach under the state where a voltage of +V is applied to the electrode layer E2, an acceleration detecting test with respect to all directions of three dimensions can be conducted.

24

(1) If +V and −V are applied to E10 and E12, respectively, a force +Fx can be exerted on the weight body 20. Thus, an acceleration detecting test in the −X direction can be carried out.

(2) If −V and +V are applied to E10 and E12, respectively, a force −Fx can be exerted on the weight body 20. Thus, an acceleration detecting test in the +X direction can be carried out.

(3) If +V and −V are applied to E11 and E9, respectively, a force +Fy can be exerted on the weight body 20. Thus, an acceleration detecting test in the −Y direction can be carried out.

(4) If −V and +V are applied to E11 and E9, respectively, a force −Fy can be exerted on the weight body 20. Thus, an acceleration detecting test in the +Y direction can be carried out.

(5) If −V is applied to each of E9 to E12, a force +Fz can be exerted on the weight body 20. Thus, an acceleration detecting test in the −Z direction can be carried out.

(6) If +V is applied to each of E9 to E12, a force —Fz can be exerted on the weight body 20. Thus, an acceleration detecting test in the +Z direction can be carried out.

While the acceleration detecting test on the X, Y and Z axes has been described above, the detecting test for an acceleration in a direction not on the X, Y and Z axes may be also carried out by applying predetermined voltages to the electrode layers E9 to E12, respectively.

It is to be noted that applied voltages +V and −V should be set to a voltage value such that changes in the resistance values of the resistor elements R can be sufficiently detected. This value depends upon the thickness and the diameter of the flexible portion 12 forming an annular diaphragm.

3.3 Other Embodiments

The above-described embodiment should be considered to be one mode of this invention. In addition to this, various embodiments are conceivable.

Several ones thereof will be described below. In the embodiment in which the cross section is shown in FIG. 25, an electrode layer E13 is formed in place of the electrode layer E2. Since the electrode layer E13 is formed on the upper surface of the control member 40, wiring to the external is facilitated. It is to be noted that a coulomb force exerted between electrodes becomes weaker to some extent than that of the previously described embodiment.

In the embodiment shown in FIG. 26, electrode layers E14 to E17 (indicated by hatching) are formed in place of the electrode layers E9 to E12 of the above-described embodiment, and wiring layers W14 to W17 and bonding pads B14 to B17 for the electrode layers E14 to E17 are formed. Such an arrangement is advantageous in that there is little possibility that wiring layers give obstruction to wirings for resistance elements R. However, since electrode layers are arranged inside of the position where the semiconductor pellet 10 has the greatest flexibility, and the area of the electrode is reduced, the acting efficiency of force is lowered.

In the embodiment shown in FIGS. 27 and 28, the arrangement relationship in a longitudinal direction of electrode layers is opposite to that of the previously described embodiment. Namely, four electrode layers E18 to E21 (indicated by hatching) and wiring layers W18 to W21 therefor are formed within a groove 41 on the lower surface of the control member 40. As the electrode opposite thereto, e.g., a single electrode E8 formed on the semiconductor pellet 10 as shown in FIG. 18 may be employed.

In the embodiment shown in FIG. 29, four electrode layers E18' to E21' are formed in place of the electrode layer

US 6,512,364 B1

25                                                         26

E8 of the embodiment shown in FIG. 28. These electrode layers E18' to E21' are symmetrical to electrodes E18 to E21, and four sets of electrode pairs opposite in a longitudinal direction are formed. If four sets of (eight in total) are all caused to be electrically independent, various voltages are applied to these electrodes, thereby making it possible to conduct a test with respect to various directions. For example, as shown in FIG. 29, if charges "++" and "−−" are given to electrodes E10 and E19', respectively, and, at the same time, charges "++++" and "−−−−" are given to electrodes E21 and E21', respectively (the number of + or − indicates the quantity of charges), while an attractive force is between all upper and lower electrode pairs, since an attractive force between electrode pairs on the right side in the figure becomes large, a test in the same state as the state where Fxz (resultant force of Fx and Fz) in a direction as shown in the figure is exerted can be conducted.

In addition, various embodiments are conceivable. In short, as long as there is employed an arrangement adapted to permit a coulomb force to be exerted between a first portion to produce a displacement by the action of a force and a second portion present at the position opposite to the first portion, any arrangement may be employed in -this invention.

While the above described embodiments are all directed to the acceleration sensor, this invention can be applied, exactly in the same manner, to a magnetic sensor using a magnetic body in place of a weight body, or to a force sensor. Further, this invention is applicable not only to a three dimensional sensor, but also to a two dimensional or one dimensional sensor. For example, in the case of a two dimensional sensor for detecting acceleration or magnetism in the X and Z-axes, or a one dimensional sensor for detecting acceleration or magnetism in the X-axis direction, it is sufficient to provide only two electrodes of E10 and E12 of four electrodes E9 to E12 shown in FIG. 23.

3.4 Method of Applying Voltage

Finally, an example of a method of applying a voltage for carrying out this testing method is shown. FIG. 30a is a model view showing a method of applying a voltage for realizing the same state as the state where a force in a Z direction is exerted on a weight body (not shown). Electrode E22 on the control unit 40 side and electrodes E23 and E24 on the semiconductor pellet side are caused to produce charges of poralities opposite to each other by means of power supply V, thus allowing an. attractive force to be exerted therebetween.

On the other hand, FIG. 30b is a model view showing a method of applying a voltage for realizing the same state as the state where a force in the −Z direction is exerted on the weight body. Electrode E22 on the control member 40 and electrodes E23 and E24 on the semiconductor pellet 10 are caused to produce charges of the same polarity by means of power supply V, thus allowing a repulsive force to be exerted therebetween. In this embodiment, with a view to carrying out a more efficient voltage application, there is an arrangement in which a different electrode E25 is formed on the upper surface of the control member 40, thus to give positive charges to the electrode E25. Namely, by allowing the control member 40 to be in the state of polarization on the opposite surfaces thereof, the electrode E22 is caused to produce negative charges. Further, positive charges are given to the body of the semiconductor pellet 10. Since an insulating layer 10 a (generally, SiO₂ film or SiN film) is formed as shown on the upper surface of the semiconductor pellet 10, the insulating layer 10 a is allowed to be in the state of polarization on the opposite surfaces thereof, thereby causing electrodes E23 and E24 to produce negative charges.

3.5 Advantages with This Testing Method

(1) Since a coulomb force is exerted between a first portion and a second portion opposite thereto to allow the strain generative body to induce a mechanical deformation, thus to create the same state as the state where an external force is exerted on the working body, it is possible to conduct a test for a sensor without actually exerting an external force.

(2) Since a voltage of a predetermine polarity is applied across opposite two electrode layers to thereby exert a coulomb force therebetween, a test having a higher degree of freedom can be conducted.

(3) If one electrode layer is caused to be formed as a single electrode layer and the other electrode layer is caused to be formed as a plurality of subelectrode layers, selection of polarities of applied voltages is made, thereby making it possible to conduct a test in which a coulomb force is exerted in various directions.

(4) Since electrode layers for carrying out the above described test are formed within the acceleration sensor to implement wiring thereto, a test can be carried out simply by connecting a predetermined electric circuit to the acceleration sensor.

(5) Since electrode layers for carrying out the above described test are formed within the magnetic sensor to implement wiring thereto, a test can be carried out simply by connecting a predetermined electric circuit to the magnetic sensor.

(6) Since, in the above described acceleration or magnetic sensor, one electrode layer is constituted with a single electrode layer and the other electrode layer is constituted with a plurality of subelectrode layers, selection of polarities of applied voltages is made, thereby making it possible to conduct a test in which a coulomb force is exerted in various directions.

(7) Since two subelectrodes are provided in the above described acceleration or magnetic sensor, a test in which a coulomb force is exerted with respect to two directions perpendicular to each other can be carried out.

(8) Since four subelectrode layers are provided in a crossing form in the above described acceleration or magnetic sensor, a test in which a coulomb force is exerted with respect to three directions perpendicular to each other can be carried out.

§4 Sensor Suitable for High Sensitivity Measurement

4.1 Structure of the Sensor

FIG. 31 is a structural cross sectional view of an acceleration sensor suitable for high sensitivity measurement according to an embodiment of this invention. The sensor center section 300 is composed of four elements of a semiconductor pellet 310, a weight body 320, a pedestal 330, and a control substrate 340. This sensor center section is connected to the bottom surface inside a package 400. A cover 410 is fitted over the upper part of the package 400. Further, leads 420 are drawn out from the side portions of the package 400 to the external. FIG. 32 is a perspective view of the sensor center section. A plurality of resistance elements R are formed on the upper surface of the semiconductor pellet 310, and respective resistance elements R are electrically connected to bonding pads 352. Bonding pads 352 and leads 420 are connected by means of bonding wires 351.

FIG. 33 is a detailed cross sectional view of the sensor center section of the acceleration sensor shown in FIG. 31. In. this embodiment, the semiconductor pellet 310 is comprised of a single crystal silicon substrate, and resistance

US 6,512,364 B1

27
28

elements R are formed by diffusing impurity into the portion on the side of the upper surface of the semiconductor pellet **310**. Of course, ion implantation process may be used, or there may be employed SOI structure in which gauge resistors are stacked on a silicon substrate. The resistance elements formed in this way have the piezo resistive effect. Namely, such elements have the property in which the electric resistance varies on the basis of a mechanical deformation. On the side of the lower surface of the semiconductor pellet **310**, annular groove portions C1 are formed. In this embodiment, the groove portion C1 employs a taper structure such that the width become narrow according as the distance up to the bottom becomes small. However, a groove having the same width up to the bottom may be employed. FIG. **34** is a top view of the semiconductor pellet **310**. The groove portion C1 dug on the lower surface is indicated by broken lines. Assuming now that coordinate axes X, Y and Z as indicated by arrow are defined, the cross section along the X-axis of the semiconductor pellet shown in FIG. **34** is shown in FIG. **33**. By the formation of this groove portion C1, the semiconductor pellet **310** can be divided into three portions. Namely, there are three portions of a working portion **311** positioned inside the groove portion C1, a flexible portion **312** positioned just above the groove portion C1, and a fixed portion **313** positioned outside the groove portion C1. In other words, the working portion **311** is positioned at the central portion of the semiconductor pellet **310**, the flexible portion **312** is positioned around the working portion **311**, and the fixed portion **313** is positioned around the flexible portion **312**. The flexible portion **312** has a thickness thinner than those of other portions by the presence of the groove portion C1. For this reason, the flexible portion **312** has flexibility. In place of forming such an groove, through holes may be partially formed through the substrate to allow it to have flexibility.

A weight body **320** is connected to the lower surface of the working portion **311**, and a pedestal **330** is connected to the lower surface of the fixed portion **313**. FIG. **35** is a top view of the weight body **310** and the pedestal **330**. The cross section along the cutting plane line **33**—**33** of FIG. **35** is shown in FIG. **33**. There is a difference in level on the upper surface of the weight body **320**. That is, a weight body upper surface central portion **321** and a weight body upper surface peripheral portion **322** are formed. The weight body upper surface central portion **321** is a portion slightly raised at the central portion of the upper surface of the weight body **320**. This portion is connected to the lower portion of the working portion **311**. Accordingly, a gap portion C2 is formed between the weight body upper surface peripheral portion **322** and the lower surface of the semiconductor pellet **310**. The pedestal **330** is comprised of eight members arranged in eight directions around the weight body **320**. Between the weight body **320** and the pedestal **330**, a groove portion C3 and a groove portion C4 are formed. As described later, the weight body **320** and the pedestal **330** are members originally comprised of the same substrate. These members are separated by cutting through the groove portions C3 and C4. As shown in FIG. **35**, the groove portion C3 has a width L1, and the groove portion C4 has a width L2 narrower than the groove portion C3. As is clear from FIG. **33**, the groove portions C3 and C4 are formed at the upper and lower parts, respectively. Of course, L1 may be equal to L2 from the requirement of machining.

The control substrate **340** is connected to the lower surface of the pedestal **330**. The top view of the control substrate **340** is shown in FIG. **36**. A groove portion C5 is dug in the control substrate **340** leaving the peripheral portion thereof. The bottom surface of the groove portion C5 forms a control surface **341**. The cross section along the cutting plane line **33**—**33** of FIG. **36** is shown in FIG. **33**. As shown in FIG. **33**, only the peripheral portion of the control substrate is connected to the lower surface of the pedestal **330**.

4.2 Method of Manufacturing the Sensor

For helping understanding of the structure of the sensor center section **300**, the manufacturing method thereof will be briefly described. Initially, a semiconductor pellet **310** as shown in FIG. **34** is prepared. Here, the groove portion C1 may be formed by, e.g., etching process, and resistance elements R may be formed by an impurity injection process using a predetermined mask. An auxiliary substrate **350** of which cross sectional view and top view are respectively shown in FIGS. **37** and **38** is prepared. Here, the cross section along the cutting plane line **37**—**37** of FIG. **38** corresponds to FIG. **33**. As the material of the auxiliary substrate **350**, it is preferable to use silicon which is the same material as that of the semiconductor pellet **310**, or glass. This is because since the semiconductor pellet **310** and the auxiliary substrate **350** are connected later, the both coefficients of thermal expansion are caused to be equal to each other to thereby suppress occurrence of cracks, thus to improve the temperature characteristic. On the side of the upper surface of the auxiliary substrate **350**, a groove portion C3 in the form of parallel crosses is dug. Inside the groove portion C3, a gap portion C2 having a width L3 is formed. As a result, there occurs a difference in level between the weight body upper surface central portion **321** and the weight body upper surface peripheral portion **322**. The gap portion C2 may be formed by, e.g., etching process, and the groove portion C3 may be formed by the cutting process using a dicing blade. It should be noted that the groove portion C4 shown in FIG. **33** or **35** is not yet formed. Accordingly, the auxiliary substrate **350** is in the state of a single substrate. The lower surface of the auxiliary substrate **350** prepared in this way is connected to the lower surface of the semiconductor pellet **310**. At this time, the weight body upper surface central portion **321** is connected to the lower surface of the working portion **311**, and the portion around the auxiliary substrate **350** (the portion which will constitute the pedestal **330** later) is connected to the fixed portion **313** lower surface. After such a connection is completed, the lower surface of the auxiliary substrate **350** is subjected to cutting process by means of a dicing blade having a width L2, thus to form a groove portion C4. The groove portion C3 and the groove portion C4 communicate with each other, and the auxiliary substrate **350** is divided into the weight body **320** at the central portion and the pedestal **330** at the peripheral portion. Thereafter, a control substrate **340** as shown in FIG. **36** is prepared to form a groove portion C5 by the etching process, etc. The control substrate **340** thus processed is connected to the lower surface of the pedestal **330**. After undergoing the above-described manufacturing process steps, sensor center portion **300** shown in FIG. **33** is provided.

It is to be noted that the above-described process is directed to a method of manufacturing a single unit, but actually manufacturing is conducted every wafer in the state where a plurality of such units are longitudinally and breadthly arranged. Namely, a wafer on which units shown in FIG. **34** are longitudinally and breadthly arranged and an auxiliary substrate on which units shown in FIG. **35** are longitudinally and breadthly arranged are connected. To this assembly, an auxiliary substrate on which units shown in

29

FIG. 36 are longitudinally and breadthly arranged is further connected. Thereafter, the assembly thus obtained is finally cut every respective units. It is to be noted that while the gap portion C2 is formed on the auxiliary substrate 350 side in this example, the fixed portion of the semiconductor pellet 310 may be etched to provide the gap portion C2 on the semiconductor pellet 310 side.

4.3 Operation of the Sensor

The operation of this sensor will now be described. As shown in FIG. 31, the sensor center portion 300 is fixed to the bottom surface at the inside of the package 400. Since the control substrate 340, the pedestal 330 and the fixed portion 313 are in the state where they are fixed to each other, the fixed portion 313 is indirectly fixed to the package 400. On the other hand, the weight body 320 is in a hanging state within a space peripherally encompassed by the pedestal 330. Namely, as shown in FIG. 33, the groove portion C5 is formed on the side of the lower surface of the weight body 320, the groove portions C3 and C4 are formed on the side of the side surface thereof, and the gap portion C2 is formed on the side of the peripheral portion of the upper surface thereof. Further, only the central portion of the upper surface of the weight body 320 is connected to the working portion 311. When an acceleration is exerted on the weight body 320 placed in such a hanging state, a force is exerted on the working portion 311 by this acceleration. As previously described, since the flexible portion 312 is the portion having flexibility, when a force is exerted on the working portion 311, the flexible portion 312 produces a bend. As a result, the working portion 311 produces a displacement relative to the fixed portion 313. The bend of the flexible portion 312 causes mechanical deformations in the resistance elements R, so there occur changes in the electric resistance values of the resistance elements R. Since changes in the electric resistance values can be detected outside the sensor by making use of bonding wires 351 and leads 420 as shown in FIG. 32. In the case of the sensor of this embodiment, by arranging resistance elements R at positions as shown in FIG. 34, it is possible to independently detect acceleration components in respective axial directions of X, Y and Z. The principle of detection has been already described in §1.

4.4 Feature of the Sensor

The feature of the acceleration sensor which has been described above is that it is suitable-for high sensitivity acceleration measurement. The first reason is that the volume of the weight body 320 can be as large as possible within a limited space. As shown in FIG. 33, the weight body 320 is connected only at the weight body upper surface central portion 321 to the working portion 311, but the peripheral thereof is laterally widened to extend up to the inside portion of the fixed portion 313 striding over the groove portion C1. For this reason, the mass of the weight body can be increased. As a result, even if a small acceleration is applied, this sensor can transmit a sufficient force to the working portion 311. The second reason is that the control member for allowing a displacement of the weight body to limitatively fall within a predetermined range can be constituted with a simple structure. In the structure shown in FIG. 33, a displacement in an upper direction of the weight body 320, a displacement in a lateral direction thereof, and a displacement in a lower direction thereof are caused to all limitatively fall within a predetermined ranges, respectively. First,. with respect to a displacement in an upper direction, it can be understood that a portion of the lower surface of the fixed portion 313 functions as a control member. In FIG. 33, when the weight body 320 attempts to move in an upper

30

direction, the working portion 311 moves in an upper direction by bend of the flexible portion 312. Following this, the weight body upper surface central portion 321 also moves in an upper direction. However, the outer circumferential portion of the weight body upper surface peripheral portion 322 comes into contact with the lower surface of the fixed portion 313, so movement thereof is prevented. In other words, a displacement in an upper direction of the weight body 320 is allowed to limitatively fall within a range of the size of the gap portion C2. This limiting action is made more clear when reference is made to FIG. 39. FIG. 39 is the bottom view of the semiconductor pellet 310 wherein the position of the weight body 320 is indicated by broken lines. The weight body 320 is-connected only to the hatched portion by slanting lines at the central portion (lower surface of the working portion 311 ). The portion outside the groove portion C1 serves as the fixed portion 313. The portion of the hatched portion by dots of the portion outside the groove portion C1 is a surface performing the function as the control member. The weight body 320 comes into contact with this surface, so upward movement thereof is limited. On the other hand, with respect to movement in a lateral direction, as is clear from FIG. 33, the side surface of the weight body 320 comes into contact with the inside surface of the pedestal 330. Thus, displacement is allowed to limitatively fall within a range of the size of the groove portion C4. Further, with respect to a displacement in a lower direction, the lower surface of the weight body 320 comes into contact with the control surface 341 of the control substrate 340. Thus, displacement is allowed to limitatively fall within a range of the size of the groove portion C5. Since displacement of the weight body 320 is allowed to limitatively fall within a predetermined range with respect to movement in all directions, the risk that the semiconductor pellet 310 may be broken by an excessive displacement can be avoided. Such a control of displacement is particularly important in the case of a high sensitivity sensor. In accordance with the structure of this invention, since an approach is employed to control a displacement in an upper direction by making use of the semiconductor pellet 310, and to control a displacement in a lateral direction by making use of the pedestal 330, there is no necessity of individually providing control members, respectively. As a result, the structure becomes very simple. Accordingly, massproduction can be advantageously carried out.

4.5 Other Embodiments

While this invention has been described in connection with the embodiment shown, this invention is not limited only to this embodiment, but can be carried out in various forms. Several other embodiments are shown below.

As the method of forming the auxiliary substrate 350 shown in FIGS. 37 and 38, the method of forming the groove portion C3 by cutting process using a dicing blade, and forming the groove portion C2 by etching process is shown as an example in the previously described embodiment. In addition, the gap portion C2 may be formed by cutting process using a dicing blade. This is accomplished by preparing a dicing blade 361 having a width L3, as shown in FIG. 40, for example, to carry out cutting process so as to allow it to pass through a route indicated by broken lines in FIG. 41 to form an auxiliary substrate 350'. Of course, an approach may be employed to allow a dicing blade having a less than the width L3 to pass several times to dig a groove having the width L3. In FIG. 41, only the hatched area is the portion which does not undergo cutting process. When such a cutting process is carried out, the portion serving as the pedestal 330 is partially cut. However, any trouble does not

US 6,512,364 B1

31                                                                              32

occur with respect to the function as the pedestal **330**. Generally, in the case of mass producing auxiliary substrates, auxiliary substrate **350'** as shown in FIG. **41** is assumed as a unit to arrange a large of auxiliary substrates longitudinally and breadthly on a wafer to carry out process of the substrates every wafer thereafter to cut respective units by the dicing process. For such a process every wafer, the above described cutting process is very efficient. When an approach is employed to linearly move the dicing blade **361** on a wafer, cutting process for a large number of auxiliary substrates can be carried out at a time.

In the previously described embodiment, the groove portion C1 dug. in the semiconductor pellet **310** was annular as shown in FIG. **34**. Such an annular groove can be easily formed by the etching process. However, if an attempt is made to form such an annular groove by the cutting process using a dicing blade, the movement control of the dicing blade becomes complicated. This is not suitable. In this invention, the groove portion formed in the semiconductor pellet **310** is not limited to the annular groove portion. Here, the cross sectional view of the embodiment where the groove portion in the form of parallel crosses is formed on the side of the lower surface of the semiconductor pellet **310'** is shown in FIG. **42**, and the bottom view thereof is shown in FIG. **43**. Such a groove may be provided by preparing a dicing blade **362** having a width L4 as shown in FIG. **43** to allow it to pass through a route indicated by broken lines to carry out cutting process. Of course, an approach may be employed to allow a dicing blade having a less than the width L4 to pass several times to dig a groove having a width L4. Only the hatched area in FIG. **43** is the portion which does not undergo cutting process. When such a cutting process is carried out, the shapes of the working portion **311'**, the flexible portion **312'** and the fixed portion **313'** are different to some extent from those of the previously described embodiment, but there does not occur any inconvenience with respect to the functions of respective portions. FIG. **44** is a bottom view of this semiconductor pellet **310'** wherein the position of the weight body **320** is indicated by broken lines. The weight body **320** is connected to only the hatched portion by slanting lines at the central portion (the lower surface of the working portion **311'**). The portion outside the groove portion C**6** serves as the fixed portion **313'**. The hatched portion by dots of the portion outside the groove portion C**6** serves as the surface performing the function as the control member. This embodiment is also suitable for a method processing every wafer.

In the embodiment shown in FIG. **45**, a spacer **370** is in place of the control substrate **340**. For this spacer **370**, e.g., a film of glass fiber, etc. may be used. When the spacer **370** is put between the lower surface of the pedestal **330** and the bottom surface at the inside of the package **400**, and is fixed therebetween by a method such as die bond, the bottom surface itself at the inside of the package **400** can be utilized as a member for controlling a displacement in a lower direction of the weight body **320**. The allowed displacement in a lower direction of the weight body **320** is determined by the thickness of the spacer **370**. In addition, in place of using the spacer **370**, an approach may be employed to etch the lower surface of the weight body **320** (the surface against the bottom surface side of the package **400**) to allow the weight body **320** to be in a floating state when the pedestal **330** is connected to the package. Alternatively, an approach may be employed to dig a groove on the side of the bottom surface at the inside of the package **400** to allow the weight body **320** to be in a floating state.

While this invention is applied to the acceleration sensor in the above described all embodiments, if the previously described weight body **320** is replaced by a general working body, this invention is applicable to a magnetic sensor or a force sensor. For example, in the case where this invention is applied to the magnetic sensor, any working body responsive to magnetism (magnetic body suits for this purpose) may be used instead of the weight body **320**. Further, in the case where this sensor is applied to a force sensor, if an approach is employed to support the semiconductor pellet **310** by the suppsorting member **380**, as shown in FIG. **46**, for example, an external force F exerted as shown on the working body **320'** can be detected. Alternatively, if an approach is employed to support the semiconductor pellet **310** and the pedestal **330** by the supporting member **390** as shown in FIG. **47**, the same effect as the above will be provided.

4.6 Examples of Utilization of the Acceleration Sensor

As described above, if this invention is applied to the acceleration sensor, it is possible to detect, with high sensitivity, an acceleration in three dimensional directions. Such a high sensitivity acceleration sensor can be utilized in various fields. For example, as the system for protecting a passenger from an automotive vehicle accident, air bags beings becoming popular. However, since only acceleration sensors in one dimensional direction is put into practice for the time being, the present air bags are the system in which the front collision is assumed. Namely, as shown in FIG. **48**, when an impact in a direction indicated by an arrow is detected, an air bag **510** is caused to be swollen in front of a passenger **500** to protect the passenger **500** in a manner to put the passenger between a seat **505** and the air bag **510**. Accordingly, an air bag in a spherical form is used as the air bag **510**. On the contrary, since a sensor according to this invention can detect, with high sensitivity, an acceleration in a three-dimensional direction, even in the case where a side collision takes place, this sensor can detect an impact. Accordingly, as shown in FIG. **49**, if an air bag **520** in a form to cover the side parts of the passenger **500** is prepared to swell this air bag in response to a detection signal from the acceleration sensor according to this invention, an air bag system capable of coping with a side collision can be introduced.

4.7 Detection Sensitivity in Respective Axial Directions of Three Dimensions

The sensor of this invention can detect force, acceleration and magnetism in three dimensional directions. However, if there is a great difference between detection sensitivities of these physical quantities with respect to. respective axial directions, this is a problem. Now let suppose a simple model of an acceleration sensor as shown in FIG. **50**. This acceleration sensor detects an acceleration applied to the weight body **320** as a force (or moment) exerted on the point P on the upper surface of the semiconductor pellet **310** (the foot of the perpendicular from the center of gravity G of the weight body **320** onto the upper surface of the semiconductor pellet **320** ). Here, let define an X-axis, a Y-axis (direction perpendicular to the plane surface of paper), and a Z axis in directions indicated by arrows in FIG. **50**, and assume an acceleration exerted on the weight body **320** of the mass m as an acceleration exerted on the center of gravity G. Thus, an acceleration in a Z-axis direction exerted on the center of gravity G is detected as a force Fz $(=m\cdot\alpha_z)$ exerted in a Z-axis direction at the point P. On the contrary, an acceleration ax in an X-axis direction exerted on the center of gravity G is detected as a moment My $(=m\cdot\alpha_x\cdot L)$ about the Y-axis at the point P, and an acceleration αy in a Y-axis direction exerted on the center of gravity G is detected as a moment Mx $(=m\cdot\alpha y\cdot L)$ about the X-axis at the point P.

US 6,512,364 B1

33

Accordingly, if the semiconductor pellet **310** is of a structure symmetric in plane, a detection sensitivity of an acceleration exerted in an X-axis direction and a detection sensitivity of an acceleration exerted in a Y-axis direction can be nearly equal to each other. However, these detection sensitivities and the detection sensitivity of an acceleration exerted in a Z-axis direction are generally different.

The inventor of this application has drawn attention to. the fact that moments Mx and My are quantities having the length L of the perpendicular as a parameter. The inventor notices that the detection sensitivities in three axial directions of X, Y and Z can be substantially equal to each other by determining L as a suitable value. As the result of the experiment, if L satisfies the following condition, the inventor has found out that detection sensitivities in three axial directions are substantially equal to each other. Namely, as shown in FIG. **50**, when the distance from the point P up to the inside portion of the groove depth portion dug in the semiconductor pellet **310** is assumed as r1, and the distance from the point P up to the outside portion of the groove depth portion is assumed as r2, if setting is made such that the relationship expressed as r1<L<r2 holds, detection sensitivities in three axial directions are substantially equal to each other. It is to be noted that the sensitivities of respective axes of X, Y and Z under changes to some extent in dependency upon the form of the flexible portion or the working portion, etc. as well. For this reason, there are instances where the relationship expressed as r1<L is not completely satisfied. As long as at least the relationship expressed as L<r2 is maintained, the effect to equalize the detection sensitivities is exhibited. Accordingly, in the case of actually manufacturing the sensor according to this invention, it is preferable to design dimensions of respective portions in consideration of such a condition.

**4.8 Method of Testing Sensor**

In the case of mass producing sensors according to this invention, there occurs the necessity of testing respective sensors prior to. shipping or forwarding. The method for easily carrying out such a test has been described in §3. FIG. **51** is a side cross sectional view showing the structure when this testing method is applied to the sensor center section **300** shown in FIG. **33**, and FIG. **52** is a top view of the control substrate **340** at this time (the hatched portion indicates the electrode). A single electrode plate E30 is formed on the bottom surface of the weight body **320**, and four electrode plates E31 to E34 are formed so as to face the electrode plate E30 on the control surface **341** of the control substrate **340**. Wiring layers are connected to the electrode plates, respectively, but an indication thereof is omitted here. If an approach is employed to form such electrode layers so as to apply voltages of predetermined polarities to respective electrode layers, a coulomb force is exerted between opposite electrode layers, thus making it possible to exert a force on the weight body **320** although no acceleration is exerted. By varying polarities of voltages applied to respective electrode layers, it is possible to apply a force in various directions. By comparing voltages applied to respective electrode layers and a primary sensor output, the test as to whether or not this sensor normaly operates can be conducted.

**4.9 Advantages with this Sensor**

(1) In accordance with the above described sensor, since there is employed an arrangement such that the side portions of the working body extend up to the portion below the fixed portion of the substrate, it is possible to make a design so that the volume of the working body is enlarged as a whole. As a result, the weight of the working body is increased, thus

34

making it possible to easily improve the sensitivity. Further, since there is employed an arrangement to utilize the lower surface of the fixed portion of the substrate as the control member, thus to limit a displacement in an upper direction of the working body, a sensor suitable for high sensitivity physical quantity measurement can be realized with a simple structure.

(2) If there is employed in the above described sensor an arrangement to utilize the inside surface of the pedestal as the control member, thus to limit a displacement in a lateral direction of the working body, a sensor suitable for high sensitivity physical quantity measurement can be realized with a simple structure.

(3) If there is employed in the above described sensor an arrangement to fix the pedestal so that the lower surface of the working body and a predetermined control surface are opposite with a predetermined spacing therebetween, thus permitting a displacement in a lower direction of the working body to limitatively fall within a predetermined range by this control surface, a sensor suitable for high sensitivity physical quantity measurement can be realized with a simple structure.

(4) If there is employed in the above described sensor an arrangement to make a design so that the distance between the working point defined at the central portion of the upper surface of the substrate falls within an optimum range, detection sensitivities in respective axial directions of three dimensions can be uniform.

INDUSTRIAL APPLICABILITY

A force sensor, an acceleration sensor, and a magnetic sensor according to this invention can be mounted and utilized in all industrial machines. Since high precision measurement can be conducted with a small and low cost sensor, application of an automotive vehicle or an industrial robot is expected. Particularly, the acceleration sensor serves, as described as the embodiment, as an ideal device for use in which this sensor is mounted in an automotive vehicle to produce an operating signal to an air bag.

What is claimed is:

1. A method of testing a sensor, said sensor comprising:

a substrate arranged along an XY-plane of an XYZ three-dimensional coordinate system;

a working body receiving a force and located adjacent to said substrate with a predetermined distance;

a flexible member supporting said working body at a periphery thereof so that said working body is suspended and spatial deviation of said working body is produced by applying said force thereto;

a fixing member fixing said flexible member to said substrate; and

a transducer for transforming said spatial deviation into an electric signal that indicates a direction and a magnitude of said force,

said method comprising the steps of:

providing a capacitance element including a deviation electrode and a fixed electrode, said deviation electrode being located at a position which deviates along with said working body and said fixed electrode being fixed to said substrate so as to face said deviation electrode, and said capacitance element being arranged so that an electrode distance of said capacitance element changes when said working body is deviated in an X-axis direction of said XYZ three-dimensional coordinate system;

applying a voltage between said deviation electrode and said fixed electrode so that Coulomb force is

US 6,512,364 B1

35

36

produced which causes spatial deviation of said working body in said X-axis direction;

detecting an electric signal transformed by said transducer while said spatial deviation is caused by applying said voltage; and

testing an operation of said sensor with respect to said X-axis direction based on a relationship between said applied voltage and said detected electric signal.

**2.** A method of testing a sensor, said sensor comprising:

a substrate arranged along an XY-plane of an XYZ three-dimensional coordinate system;

a working body receiving a force and located adjacent to said substrate with a predetermined distance;

a flexible member supporting said working body at a periphery thereof so that said working body is suspended and spatial deviation of said working body is produced by applying said force thereto;

a fixing member fixing said flexible member to said substrate; and

a transducer for transforming said spatial deviation into an electric signal that indicates a direction and a magnitude of said force,

said method comprising the steps of:

providing a capacitance element including a deviation electrode and a fixed electrode, said deviation electrode being located at a position which deviates along with said working body and said fixed electrode being fixed to said substrate so as to face said deviation electrode, and said capacitance element being arranged so that an electrode distance of said capacitance element changes when said working body is deviated in a Z-axis direction of said XYZ three-dimensional coordinate system;

applying a voltage between said deviation electrode and said fixed electrode so that Coulomb force is produced which causes spatial deviation of said working body in said Z-axis direction;

detecting an electric signal transformed by said transducer while said spatial deviation is caused by applying said voltage; and

testing an operation of said sensor with respect to said Z-axis direction based on a relationship between said applied voltage and said detected electric signal.

**3.** A method of testing a sensor, said sensor comprising:

a substrate arranged along an XY-plane of an XYZ three-dimensional coordinate system;

a working body receiving a force and located adjacent to said substrate with a predetermined distance;

a flexible member supporting said working body at a periphery thereof so that said working body is suspended and spatial deviation of said working body is produced by applying said force thereto;

a fixing member fixing said flexible member to said substrate; and

a transducer for transforming said spatial deviation into an electric signal that indicates a direction and a magnitude of said force,

said method comprising the steps of:

providing a capacitance element including a deviation electrode and a fixed electrode, said deviation electrode being located at a position which deviates along with said working body and said fixed electrode being fixed to said substrate so as to face said deviation electrode, and said capacitance element being arranged so that an electrode distance of said

capacitance element changes when said working body is deviated in an X-axis direction and a Z-axis direction of said XYZ three-dimensional coordinate system;

applying a first voltage between said deviation electrode and said fixed electrode so that Coulomb force is produced which causes first spatial deviation of said working body in said X-axis direction;

detecting a first electric signal transformed by said transducer while said first spatial deviation is caused by applying said first voltage;

testing a first operation of said sensor with respect to said X-axis direction based on a relationship between said applied first voltage and said detected first electric signal;

applying a second voltage between said deviation electrode and said fixed electrode so that Coulomb force is produced which causes second spatial deviation of said working body in said. Z-axis direction;

detecting a second electric signal transformed by said transducer while said second spatial deviation is caused by applying said second voltage; and

testing a second operation of said sensor with respect to said Z-axis direction based on a relationship between said applied second voltage and said detected second electric signal.

**4.** A method of testing a sensor, said sensor comprising:

a substrate arranged along an XY-plane of an XYZ three-dimensional coordinate system;

a working body receiving a force and located adjacent to said substrate with a predetermined distance;

a flexible member supporting said working body at a periphery thereof so that said working body is suspended and spatial deviation of said working body is produced by applying said force thereto;

a fixing member fixing said flexible member to said substrate; and

a transducer for transforming said spatial deviation into an electric signal that indicates a direction and a magnitude of said force,

said method comprising the steps of:

providing a first capacitance element including a first deviation electrode and a first fixed electrode, said first deviation electrode being located at a position which deviates along with said working body and said first fixed electrode being fixed to said substrate so as to face said first deviation electrode, and said first capacitance element being arranged so that an electrode distance of said first capacitance element changes when said working body is deviated in an X-axis direction of said XYZ three-dimensional coordinate system;

providing a second capacitance element including a second deviation electrode and a second fixed electrode, said second deviation electrode being located at a position which deviates along with said working body and said second fixed electrode being fixed to said substrate so as to face said second deviation electrode, and said second capacitance element being arranged so that an electrode distance of said second capacitance element changes when said working body is deviated in a Y-axis direction of said XYZ three-dimensional coordinate system;

applying a first voltage between said first deviation electrode and said first fixed electrode so that Coulomb force is produced which causes first spatial deviation of said working body in said X-axis direction;

US 6,512,364 B1

37

38

detecting a first electric signal transformed by said transducer while said first spatial deviation is caused by applying said first voltage;

testing a first operation of said sensor with respect to said X-axis direction based on a relationship between said applied first voltage and said detected first electric signal;

applying a second voltage between said second deviation electrode and said second fixed electrode so that Coulomb force is produced which causes second spatial deviation of said working body in said Y-axis direction;

detecting a second electric signal transformed by said transducer while said second spatial deviation is caused by applying said second voltage; and

testing a second operation of said sensor with respect to said Y-axis direction based on a relationship between said applied second voltage and said detected second electric signal.

**5.** A method of testing a sensor, said sensor comprising:

a substrate arranged along an XY-plane of an XYZ three-dimensional coordinate system;

a working body receiving a force and located adjacent to said substrate with a predetermined distance;

a flexible member supporting said working body at a periphery thereof so that said working body is suspended and spatial deviation of said working body is produced by applying said force thereto;

a fixing member fixing said flexible member to said substrate; and

a transducer for transforming said spatial deviation into an electric signal that indicates a direction and a magnitude of said force,

said method comprising the steps of:

providing a first capacitance element including a first deviation electrode and a first fixed electrode, said first deviation electrode being located at a position which deviates along with said working body and said first fixed electrode being fixed to said substrate so as to face said first deviation electrode, and said first capacitance element being arranged so that an electrode distance of said first capacitance element changes when said working body is deviated in an X-axis direction and a Z-axis direction of said XYZ three-dimensional coordinate system;

providing a second capacitance element including a second deviation electrode and a second fixed electrode, said second deviation electrode being located at a position which deviates along with said working body and said second fixed electrode being fixed to said substrate so as to face said second deviation electrode, and said second capacitance element being arranged so that an electrode distance of said second capacitance element changes when said working body is deviated in a Y-axis direction of said XYZ three-dimensional coordinate system;

applying a first voltage between said first deviation electrode and said first fixed electrode so that Coulomb force is produced which causes first spatial deviation of said working body in said X-axis direction;

detecting a first electric signal transformed by said transducer while said first spatial deviation is caused by applying said first voltage;

testing a first operation of said sensor with respect to said X-axis direction based on a relationship between

said applied first voltage and said detected first electric signal;

applying a second voltage between said second deviation electrode and said second fixed electrode so that Coulomb force is produced which causes second spatial deviation of said working body in said Y-axis direction;

detecting a second electric signal transformed by said transducer while said second spatial deviation is caused by applying said second voltage;

testing a second operation of said sensor with respect to said Y-axis direction based on a relationship between said applied second voltage and said detected second electric signal;

applying a third voltage between said first deviation electrode and said first fixed electrode so that Coulomb force is produced which causes third spatial deviation of said working body in said Z-axis direction;

detecting a third electric signal transformed by said transducer while said third spatial deviation is caused by applying said third voltage; and

testing a third operation of said sensor with respect to said Z-axis direction based on a relationship between said applied third voltage and said detected third electric signal.

**6.** A method of testing a sensor, said sensor comprising:

a substrate arranged along an XY-plane of an XYZ three-dimensional coordinate system;

a working body receiving a force and located adjacent to said substrate with a predetermined distance;

a flexible member supporting said working body at a periphery thereof so that said working body is suspended and spatial deviation of said working body is produced by applying said force thereto;

a fixing member fixing said flexible member to said substrate; and

a transducer for transforming said spatial deviation into an electric signal that indicates a direction and a magnitude of said force,

said method comprising the steps of:

providing a first capacitance element including a first deviation electrode and a first fixed electrode, said first deviation electrode being located at a position which deviates along with said working body and said first fixed electrode being fixed to said substrate so as to face said first deviation electrode, and said first capacitance element being arranged so that an electrode distance of said first capacitance element changes when said working body is deviated in an X-axis direction and a Z-axis direction of said XYZ three-dimensional coordinate system;

providing a second capacitance element including a second deviation electrode and a second fixed electrode, said second deviation electrode being located at a position which deviates along with said working body and said second fixed electrode being fixed to said substrate so as to face said second deviation electrode, and said second capacitance element being arranged so that an electrode distance of said second capacitance element changes when said working body is deviated in a Y-axis direction and a Z-axis direction of said XYZ three-dimensional coordinate system;

applying a first voltage between said first deviation electrode and said first fixed electrode so that Cou-

US 6,512,364 B1

39

lomb force is produced which causes first spatial deviation of said working body in said X-axis direction;

detecting a first electric signal transformed by said transducer while said first spatial deviation is caused by applying said first voltage;

testing a first operation of said sensor with respect to said X-axis direction based on a relationship between said applied first voltage and said detected first electric signal;

applying a second voltage between said second deviation electrode and said second fixed electrode so that Coulomb force is produced which causes second spatial deviation of said working body in said Y-axis direction;

detecting a second electric signal transformed by said transducer while said second spatial deviation is caused by applying said second voltage;

40

testing a second operation of said sensor with respect to said Y-axis direction based on a relationship between said applied second voltage and said detected second electric signal;

applying a third voltage between said first deviation electrode and said first fixed electrode and between said second deviation electrode and said second fixed electrode so that Coulomb force is produced which causes third spatial deviation of said working body in said Z-axis direction;

detecting a third electric signal transformed by said transducer while said third spatial deviation is caused by applying said third voltage; and

testing a third operation of said sensor with respect to said Z-axis direction based on a relationship between said applied third voltage and said detected third electric signal.

\*  \*  \*  \*  \*